Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Elite Endeavors, LLC* |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Masterhand Milling** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *47-4725782* |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**  *417 West 18th Street*  *Suite 101*  *Edmond, OK 73013*  Number, Street, City, State & ZIP Code  *Oklahoma*  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  *1502 E. Walnut Lexington, NE 68850*  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Elite Endeavors, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Case 24-20222    Doc# 1    Filed 03/06/24    Page 3 of 20
Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

| Debtor | **Elite Endeavors, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000   ■ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 4 |
|---|---|---|

| Debtor | **Elite Endeavors, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 5, 2024**
  MM / DD / YYYY

X **/s/ Don Dustin Turner**              **Don Dustin Turner**
Signature of authorized representative of debtor     Printed name

Title **Managing Member of Flying 4T Enterprises, LLC, its Member**

**18. Signature of attorney**

X **/s/ Erlene W. Krigel**          Date **March 5, 2024**
Signature of attorney for debtor        MM / DD / YYYY

**Erlene W. Krigel 70425**
Printed name

**Krigel & Krigel, PC**
Firm name

**4520 Main Street, Suite 700**
**Kansas City, MO 64111**
Number, Street, City, State & ZIP Code

Contact phone  **816-756-5800**     Email address

**70425 KS**
Bar number and State

| Fill in this information to identify the case: |
|---|
| Debtor name: **Elite Endeavors, LLC** |
| United States Bankruptcy Court for the: **DISTRICT OF KANSAS** |
| Case number (if known): |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Amy J. Turner**<br>**4950 N. Air Depot Blvd**<br>**Edmond, OK 73034** | | **Business Debt** | | | | **$18,440.45** |
| **Biz Capital BIDCO I LLC**<br>**909 Poydras Street Suite 2230**<br>**New Orleans, LA 70112** | | | | **$2,384,653.33** | **$0.00** | **$2,384,653.33** |
| **Biz Capital BIDCO I LLC**<br>**909 Poydras Street Suite2230**<br>**New Orleans, LA 70112** | | | | **$1,523,584.54** | **$0.00** | **$1,523,584.54** |
| **Biz Capital BIDCO I LLC**<br>**909 Poydras Street Suite 2230**<br>**New Orleans, LA 70112** | | | | **$908,226.89** | **$0.00** | **$908,226.89** |
| **Biz Capital BIDCO I LLC**<br>**909 Poydras Street Suite 2230**<br>**New Orleans, LA 70112** | | | | **$259,071.76** | **$0.00** | **$259,071.76** |
| **Carr Mountain Express LLC**<br>**1420 Main St**<br>**Sabetha, KS 66534** | | **Business Debt** | | | | **$19,087.41** |
| **ERC Specialists**<br>**560 E. Timpanogos Circle**<br>**Orem, UT 84097** | | **Business Debt** | | | | **$69,189.41** |

| Debtor | Elite Endeavors, LLC | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Bank of the Lake**<br>4558 Osage Beach Pkwy<br>Suite 100<br>Osage Beach, MO 65065 | | | | $2,294,884.38 | $0.00 | $2,294,884.38 |
| **First Rate Trading LLC**<br>3803 N. 153rd<br>Suite 101<br>Omaha, NE 68116 | | **Past Rent that was forgiven by City of Lexington as former landlord before assigned to First Rate Debt disputed** | **Disputed** | | | $448,521.54 |
| **Flying 4T Enterprises LLC**<br>4950 North Air Depot<br>Edmond, OK 73034 | | **Business Debt** | | | | $215,218.64 |
| **FNBO**<br>Attn: Joseph H Selde<br>14211 Arbor Street, Ste. 100<br>Omaha, NE 68144 | | **Business Credit Card** | | | | $104,973.51 |
| **Lexington Utilities System**<br>PO Box 70<br>Lexington, NE 68850 | | **Business Debt** | | | | $27,559.74 |
| **LNC**<br>5860 Ridgeway Center Parkway<br>Memphis, TN 38120 | | **Two sets of screws** | | $116,000.00 | $0.00 | $116,000.00 |
| **McAfee & Taft**<br>10th Floor<br>Two Leadership Square<br>211 N Robinson<br>Suite 1000<br>Oklahoma City, OK 73102 | | **Business Debt** | | | | $22,031.15 |
| **Nationwide Agribusiness**<br>P.O. Box 10479<br>Des Moines, IA 50306 | | **Businss Debt** | | | | $116,837.50 |
| **Quiby, Inc dba Kickfurther**<br>24th Floor Seneca 1 Tower<br>Buffalo, NY 14203 | | **59,000 Cubes** | | $84,421.80 | $0.00 | $84,421.80 |

| Debtor | *Elite Endeavors, LLC* | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *SPI Logistics, Inc.*<br>*P.O. Box 960*<br>*Blaine, WA 98231* | | *Business Debt* | | | | *$25,800.00* |
| *The Scoular Company*<br>*10801 Mastin Blvd*<br>*Suite 800*<br>*Overland Park, KS 66210* | | *Business Debt* | | | | *$419,051.17* |
| *UFS*<br>*2730 Brighton Rd*<br>*Unit A*<br>*Ontario, CA* | | *Business Debt* | | | | *$18,340.00* |
| *Wes Moore*<br>*Kirk Moore*<br>*13808 Wireless Way*<br>*Oklahoma City, OK 73134* | | *Business Debt* | *Contingent*<br>*Unliquidated*<br>*Disputed* | | | *$1,750,000.00* |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re **Elite Endeavors, LLC**　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter　**11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **25,482.00** |
    | Prior to the filing of this statement I have received | $ **25,482.00** |
    | Balance Due | $ **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor　　☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor　　☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Counsel with Managing Member, Consultants to prepare petition, schedules and other documents, prepare the same, review with Managing Member and others for filing; review loan documents, UCC-1s, prepare motions, proposed Orders, negotiate with creditors, attend hearings, prepare Plan and Disclosure Statement. Amount paid is retainer based upon court approval. Hourly rates range from $100/hour for paralegals to $400/hour for senior attorneys.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the Debtors in any litigation against lenders or other parties.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 5, 2024** | **/s/ Erlene W. Krigel** |
| *Date* | **Erlene W. Krigel 70425** |
| | *Signature of Attorney* |
| | **Krigel & Krigel, PC** |
| | **4520 Main Street, Suite 700** |
| | **Kansas City, MO 64111** |
| | **816-756-5800   Fax: 816-756-1999** |
| | *Name of law firm* |

Advanced Services, Inc.
P.O. Box 390398
Omaha NE 68138


Aetna
151 Farmington Ave
Hartford CT 06156


Amy J. Turner
4950 N. Air Depot Blvd
Edmond OK 73034


Biz Capital BIDCO I LLC
909 Poydras Street
Suite2230
New Orleans LA 70112


BK Commodities, Inc.
558 W. Campbell Street
Minden NE 68959


Black Hills Energy
PO Box 6001
Rapid City SD 57709


Bottom Line CFOs
24751 Sussex
Oak Park MI 48237


Buzz Consulting Company
3925 Acoma Drive
Moore OK 73160


Carr Mountain Express LLC
1420 Main St
Sabetha KS 66534


Cayac LLC
173 Baker Ranch Rd
Walla Walla WA 99362


Central Bag Company
4901 S. 4th St
Leavenworth KS 66048

Criser & Mardis Chartered
740 W. 2nd Street
Suite 200
Wichita KS 67203


CT Corporation
P.O. Box 4349
Carol Stream IL 60197


Davis Energy
P. O. Box 868
Lexington NE 68850


Dawson County Treasurer
700 N. Washington
Room B
Lexington NE 68850


De Lage Landen Financial Serv
PO Box 41602
Wayne PA 19087


Debt Fingerhut
1502 Walnut St.
Lexington NE 68850


Downey Drilling, Inc.
75471 Road 435
Lexington NE 68850


DXP Enterprises, Inc.
P. O. Box 840511
Dallas TX 75284


Elevation Packaging & Equipmt
105 N. 31st Ave
Omaha NE 68131


Equipment Finance Group LLC
200 Clark Street
Dayton KY 41074


ERC Specialists
560 E. Timpanogos Circle
Orem UT 84097

Farm Talk Newspaper
P.O. Box 601
Parsons KS 67357


First Bank of the Lake
4558 Osage Beach Pkwy
Suite 100
Osage Beach MO 65065


First Rate Trading LLC
3803 N. 153rd
Suite 101
Omaha NE 68116


First Rate Trading LLC
3803 North 153 Street Suite
Omaha NE 68116


Flash Electric LLC
Joel Pflaster
520 East 10th Street
Cozad NE 69130


Flying 4T Enterprises LLC
4950 North Air Depot
Edmond OK 73034


FNBO
Attn:  Joseph H Selde
14211 Arbor Street, Ste. 100
Omaha NE 68144


HubSpot
P.O. Box 419842
Boston MA 02241


Ideal Linen
Bluffs Facility Solutions
506 South Beltline Highway
Scottsbluff NE 69361


Ingersoll-Rand
13205 Centennial Road
Omaha NE 68138

Jacks Welding LLC
320 East 5th Street
Cozad NE 69130


JMS Millright & Repair, Inc.
43351 Rd 760
Lexington NE 68850


Kirk E. Brumbaugh
14211 Arbor Street
Suite 100
Omaha NE 68144


KMJ, Inc. dba CopyCat Printing
Copy Cat Printing
2100  Avenue A
Kearney NE 68847


Kriha Fluid Power
2133 Cornhusker Hwy
Lincoln NE 68521


Lexington Utilities System
PO Box 70
Lexington NE 68850


LNC
5860 Ridgeway Center
Parkway
Memphis TN 38120


MASA
1250 S. Pine Island Rd.,
Ste. 500
Fort Lauderdale FL 33324


McAfee & Taft
10th Floor
Two Leadership Square
211 N Robinson Suite 1000
Oklahoma City OK 73102


McMaster-Carr Supply Co
PO Box 7690
Chicago IL 60680

Milacron Marketing Co.
P. O. Box 535638
Atlanta GA 30353


Missouri Cattlemen's Assn
2306 Bluff Creek Drive
Suite 100
Columbia MO 65201


Nationwide Agribusiness
P.O. Box 10479
Des Moines IA 50306


Nebraska Cattleman, Inc.
1010 Mall Suite 101
Lincoln NE 68508


Nebraska Water Experts LLC
Culligan-
Nebraska Water Expert
Cozad NE 69130


NewCall Communications
5181 120 Ave
Norman OK 73026


Newton County Collector
101 S Wood St # 203
Neosho MO 64850


NSG Transport Inc.
P.O. Box 489
Gothenburg NE 69138


Oklahoma Secretary of State
2300 N. Lincoln Blvd
Oklahoma City OK 73105


OSHA
444 Regency Parkway Drive
Omaha NE 68114


Ozarks Farm & Neighbor
P.O. Box 1514
Lebanon MO 65536

Pat O'Hara
Tisdal & O'Hara PLLC
13808 Wireless Way
Oklahoma City OK 73134


PD IT Consulting
2800 SW 111th St
Oklahoma City OK 73170


Plunkett's Pest Control, Inc.
40 NE 52nd Way
Fridley MN 55421


PROtect
3815 S. Midco
Wichita KS 67215


Quiby, Inc dba Kickfurther
24th Floor Seneca 1 Tower
Buffalo NY 14203


R&R Pallet Services of Garden City, Inc.
2008 West Mary Street
Garden City KS 67846


RAKA
3501 Jeffers St
North Platte NE 69101


Richard Jameson
39263 Golf Course Lane
Thedford NE 69166


Rion Equipment
3501 Jeffers St.
North Platte NE 69101


Robert William Thompson dba
P.O. Box 702
Draper UT 84020

Ryann A. Glenn
14606 Branch Street
Suite 200
Omaha NE 68154


Sandhills Cattle Association
P.O. Box 786
Valentine NE 69201


Servi-Tech, Inc.
1816 E. Wyatt Earp Blvd
Dodge City KS 67801


Small Business Administration
1000 Walnut Suite 530
Kansas City MO 64106


Small Business Administration
409 3rd Street SW 2nd Floor
Washington DC 20416


SPI Logistics, Inc.
P.O. Box 960
Blaine WA 98231


TForce Freight
28013 Network Place
Chicago IL 60673


The Scoular Company
10801 Mastin Blvd
Suite 800
Overland Park KS 66210


Thomas County Treasurer
Attn: Andrea Thomas
PO Box 227
Thedford NE 69166


Titan Machinery
3211 Rodeo
North Platte NE 69101

Trane US, Inc.
11937 Portal Road
La Vista NE 68128


Triton Recovery Group
19790 West Dixie Hwy
Suite 301
Miami FL 33180


Turner Legal Group
139 S. 144th St
#665
Omaha NE 68010


U.S. Attorney Office
500 State Avenue
Kansas City KS 66101


UFS
2730 Brighton Rd Unit A
Ontario CA


US Attorney
US Courthouse
500 State Avenue Room 360
Kansas City KS 66101


Van Beek National Science LLC
3689 460th Street
Orange City IA 51041


Verizon Wireless
3010 E. Kansas Ave.
Garden City KS 67846


Viv Network LLC
20 Ketchum Street
2nd Floor
Westport CT 06880


VSP Vision
3333 Quality Drive
Rancho Cordova CA 95670

```
Wagner Mowing
806 W. 10th
Lexington NE 68850


Walking C Cattle Co, Inc.
1408 W. Prospect Road
Lexington NE 68850


Wes Moore
Kirk Moore
13808 Wireless Way
Oklahoma City OK 73134


Wilson Trailer
14100 South Meridian Ave
Oklahoma City OK 73173


ZBI Inc.
3820 Yankee Hill Rd
Friend NE 68359
```

# United States Bankruptcy Court
## District of Kansas

In re  **Elite Endeavors, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of Flying 4T Enterprises, LLC, its Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 5, 2024**

**/s/ Don Dustin Turner**
**Don Dustin Turner**/**Managing Member of Flying 4T Enterprises, LLC, its Member**
Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re  **Elite Endeavors, LLC**  
_____  
Debtor(s)

Case No.  _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Elite Endeavors, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**March 5, 2024**  
Date

*/s/ Erlene W. Krigel*  
**Erlene W. Krigel 70425**  
Signature of Attorney or Litigant  
Counsel for **Elite Endeavors, LLC**  
**Krigel & Krigel, PC**  
**4520 Main Street, Suite 700**  
**Kansas City, MO 64111**  
**816-756-5800 Fax:816-756-1999**