IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

IN RE: )
 )
ELITE ENDEAVORS, LLC, ) Case No: 24-20222
 )
Debtor. ) Chapter 11
 )

## MOTION FOR APPOINTMENT OF ERLENE W. KRIGEL AND KRIGEL & KRIGEL, P.C. AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

COMES NOW Elite Endeavors, LLC ("Debtor") and pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014, 2016 and 5002, moves the Court for an Order appointing Erlene W. Krigel and the law firm of Krigel & Krigel, P.C. to serve as attorneys for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings. In support of its Motion, the Debtor states as follows:

1. The Debtor has filed a voluntary petition for relief under Chapter 11 on March 6, 2024.

2. The Debtor is a Kansas limited liability company and operates a business which takes raw materials and manufactures a dried food supplement for cattle. Its present principal place of business in Lexington, Nebraska.

3. The Debtor has determined the necessity of employing counsel and desires to employ Erlene W. Krigel and the firm of Krigel & Krigel, P.C. as counsel for the Debtor and the Debtor-in-Possession.

4. Erlene W. Krigel and the other attorneys in her firm of Krigel & Krigel, P.C. are duly licensed and qualified attorneys, and in the opinion of the Debtor, are qualified to act as counsel for this estate.

5. The Debtor desires to employ Erlene W. Krigel and the law firm of Krigel & Krigel, P.C., for its legal services in connection with this Chapter 11 proceeding, including but not limited to:

a. Advise the Debtor with respect to its powers and duties as Debtor and Debtor-in-Possession in the continued management and operation of its business;

b. Attend meetings and negotiate with representatives of creditors and other parties in interest;

c. Take all necessary action to protect and preserve the estate, including the prosecution of actions on its behalf, the defense of any actions commenced against the Debtor's estate, and objections to claims filed against the estate;

d. Prepare on behalf of Debtor all motions, applications, answers, orders, reports and papers necessary to the administration for the estate;

e. Negotiation and prosecute on the Debtor's behalf all contracts for the sale of assets, plan of reorganization, and all related agreements and/or documents, take any action that is necessary for the Debtor to obtain confirmation of its Plan of Reorganization;

f. Appear before this Court and the United States Trustee; and protect the interests of the Debtor's estate before the Court and the U.S. Trustee; and

g. Perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11 proceeding.

6. Pursuant to 11 U.S.C. § 327(a), Erlene W. Krigel and Krigel & Krigel, P.C. do not represent or hold any interest adverse to the estate and are disinterested for the purpose of representing the Debtor in these Chapter 11 proceedings. Erlene W. Krigel and Krigel & Krigel, P.C. have not previously represented the Debtor, nor have they represented any of the creditors of the Debtor. The firm has not represented the Debtor's Managing Member or any of his respective relatives. Further, neither Erlene W. Krigel nor Krigel & Krigel, P.C. has represented the accountant or any other professional employed by or on behalf of the Debtor.

7. Employment of Erlene W. Krigel and Krigel & Krigel, P.C. as attorneys for the Debtor would be in the best interest of the bankruptcy estate.

8. The firm of Krigel & Krigel, P.C. is comprised of twelve (12) attorneys and five (5) paralegals. The firm proposes to represent the Debtor by billing at its customary hourly rates and by billing for any out-of-pocket expenses. The hourly rates for 2024 charged by the attorneys and paralegals range from $400/hour for Sanford P. Krigel, $300/hour for Erlene W. Krigel, Ivan

L. Nugent, Jeff Klusmeier, Sean Cooper, SJ Moore, Karen Rosenberg, Dana Wilders, and Lara Pabst. The legal assistants and paralegals are billed at $100/hour.

9. The affidavit of Erlene W. Krigel is attached to this Motion.

10. Compensation for services rendered in this proceeding by the firm shall be subjected to approval by the Court. Contemporaneously with the filing of this Motion, the firm has filed a Motion to allow it to receive payment on a monthly basis for 80% of its fees and 100% of its expenses upon the filing of a notice with the Court.

WHEREFORE the Debtor prays an Order from the Court authorizing it to employ Erlene W. Krigel and her law firm Krigel & Krigel, P.C. to represent the Debtor during the course of this Chapter 11 proceeding.

Respectfully Submitted,

KRIGEL & KRIGEL, P.C.


/s/*Erlene W. Krigel*
Erlene W. Krigel, KSD 70425
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
ATTORNEYS FOR DEBTOR


**AFFIDAVIT**

STATE OF MISSOURI )
COUNTY OF JACKSON )

I, Erlene W. Krigel, state and affirm as follows:

1. The Debtor and Debtor-in-Possession has requested that my law firm Krigel & Krigel, P.C. and I be retained to represent it in connection with this Chapter 11 proceeding.

2. The law firm is located at 4520 Main Street Suite 700, Kansas City, MO 64111.

3. The undersigned and the other members of my firm are qualified to perform these services.

4. Pursuant to 11 U.S.C. § 327(a), neither I nor Krigel & Krigel, P.C. have previously represented either of the Debtor or the member of the Debtor or any of his relatives.

5.      Neither I nor Krigel & Krigel, P.C. have represented any other professional employed by or on behalf of the Debtor.  Neither I, nor any other member of my firm hold or represent any interest adverse to that of the Debtor's estate, namely, the Debtor's member, creditors, or professionals (attorneys or accountants of the Debtor.  Neither I, nor any other member of my firm have any relationship or connection with the Office of the U.S. Trustee.  I understand that there is a continuing duty to disclose any such adverse interest.

6.      The law firm of Krigel & Krigel, P.C. has agreed to accept employment at the hourly rates set forth in the Motion.

The undersigned upon her oath states and affirms that the foregoing is true and correct to the best of her information and belief.

/s/ Erlene W. Krigel
Erlene W. Krigel

Subscribed and sworn to before me this 8th day of March, 2024.

/s/ Jamie L. Dulle
Notary Public

My Commission Expires:  12/20/2024

| |
|---|
| Jamie L. Dulle<br>Notary Public – Notary Seal<br>STATE OF MISSOURI<br>JACKSON COUNTY<br>MY COMMISSION EXPIRES Dec. 20, 2024<br>Commission # 04380446 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2024, a true and correct copy of the above and foregoing was emailed or mailed to all parties in interest and creditors listed on the Court's ECF noticing system and to the U.S. Trustee's office.

/s/ Erlene W. Krigel
Erlene W. Krigel

Label Matrix for local noticing
1083-2
Case 24-20222
District of Kansas
Kansas City
Wed Mar  6 15:58:57 CST 2024

Elite Endeavors, LLC
417 West 18th Street
Suite 101
Edmond, OK 73013-3692

Advanced Services, Inc.
P.O. Box 390398
Omaha NE 68139-0398

Aetna
151 Farmington Ave
Hartford CT 06156-0002

Amy J. Turner
4950 N. Air Depot Blvd
Edmond OK 73034-9720

BK Commodities, Inc.
558 W. Campbell Street
Minden NE 68959-2124

Biz Capital BIDCO I LLC
909  Poydras Street
Suite2230
New Orleans LA 70112-4000

Black Hills Energy
PO Box 6001
Rapid City SD 57709-6001

Bottom Line CFOs
24751 Sussex
Oak Park MI 48237-1576

Buzz Consulting Company
3925 Acoma Drive
Moore OK 73160-6217

CT Corporation
P.O. Box 4349
Carol Stream IL 60197-4349

Carr Mountain Express LLC
1420 Main St
Sabetha KS 66534-2141

Cayac LLC
173 Baker Ranch Rd
Walla Walla WA 99362-6202

Central Bag Company
4901 S. 4th St
Leavenworth KS 66048-5003

Criser & Mardis Chartered
740 W. 2nd Street
Suite 200
Wichita KS 67203-6003

DXP Enterprises, Inc.
P. O. Box 840511
Dallas TX 75284-0511

Davis Energy
P. O. Box 868
Lexington NE 68850-0868

Dawson County Treasurer
700 N. Washington
Room B
Lexington NE 68850-1956

De Lage Landen Financial Serv
PO Box 41602
Wayne PA 19087

Debt Fingerhut
1502 Walnut St.
Lexington NE 68850-2449

Downey Drilling, Inc.
75471 Road 435
Lexington NE 68850-3837

ERC Specialists
560  E. Timpanogos Circle
Orem UT 84097-6225

Elevation Packaging & Equipmt
105 N. 31st Ave
Omaha NE 68131-2940

Equipment Finance Group LLC
200 Clark Street
Dayton KY 41074-1368

FNBO
Attn:  Joseph H Selde
14211 Arbor Street, Ste. 100
Omaha NE 68144-2312

Farm Talk Newspaper
P.O. Box 601
Parsons KS 67357-0601

(p)FIRST BANK OF THE LAKE
4558 OSAGE BEACH PARKWAY SUITE 100
OSAGE BEACH MO 65065-2372

First Rate Trading LLC
3803 N. 153rd
Suite 101
Omaha NE 68116-4501

First Rate Trading LLC
3803 North 153 Street Suite
Omaha NE 68116-4501

Flash Electric LLC
Joel Pflaster
520 East 10th Street
Cozad NE 69130-1933

| | | |
|---|---|---|
| Flying 4T Enterprises LLC<br>4950 North Air Depot<br>Edmond OK 73034-9720 | HubSpot<br>P.O. Box 419842<br>Boston MA 02241-9842 | Ideal Linen<br>Bluffs Facility Solutions<br>506 South Beltline Highway<br>Scottsbluff NE 69361-3503 |
| Ingersoll-Rand<br>13205 Centennial Road<br>Omaha NE 68138-3736 | JMS Millright & Repair, Inc.<br>43351 Rd 760<br>Lexington NE 68850-3707 | Jacks Welding LLC<br>320 East 5th Street<br>Cozad NE 69130-1803 |
| KMJ, Inc. dba CopyCat Printing<br>Copy Cat Printing<br>2100  Avenue A<br>Kearney NE 68847-5471 | Kirk E. Brumbaugh<br>14211 Arbor Street<br>Suite 100<br>Omaha NE 68144-2312 | Kriha Fluid Power<br>2133 Cornhusker Hwy<br>Lincoln NE 68521-1478 |
| LNC<br>5860 Ridgeway Center<br>Parkway<br>Memphis TN 38120-4030 | Lexington Utilities System<br>PO Box 70<br>Lexington NE 68850-0070 | MASA<br>1250 S. Pine Island Rd.,<br>Ste. 500<br>Fort Lauderdale FL 33324-4419 |
| McAfee & Taft<br>10th Floor<br>Two Leadership Square<br>211 N Robinson Suite 1000<br>Oklahoma City OK 73102-7103 | McMaster-Carr Supply Co<br>PO Box 7690<br>Chicago IL 60680-7690 | Milacron Marketing Co.<br>P. O. Box 535638<br>Atlanta GA 30353-5638 |
| Missouri Cattlemen's Assn<br>2306 Bluff Creek Drive<br>Suite 100<br>Columbia MO 65201-3665 | NSG Transport Inc.<br>P.O. Box 489<br>Gothenburg NE 69138-0489 | Nationwide Agribusiness<br>P.O. Box 10479<br>Des Moines IA 50306-0479 |
| Nebraska Cattleman, Inc.<br>1010 Mall Suite 101<br>Lincoln NE 68508 | Nebraska Water Experts LLC<br>Culligan-<br>Nebraska Water Expert<br>Cozad NE 69130 | NewCall Communications<br>5181 120 Ave<br>Norman OK 73026-8471 |
| Newton County Collector<br>101 S Wood St # 203<br>Neosho MO 64850-1860 | OSHA<br>444 Regency Parkway Drive<br>Omaha NE 68114-3792 | Oklahoma Secretary of State<br>2300 N. Lincoln Blvd<br>Oklahoma City OK 73105-4805 |
| Ozarks Farm & Neighbor<br>P.O. Box 1514<br>Lebanon MO 65536-1514 | PD IT Consulting<br>2800 SW 111th St<br>Oklahoma City OK 73170-2448 | PROtect<br>3815 S. Midco<br>Wichita KS 67215-8942 |
| Pat O'Hara<br>Tisdal & O'Hara PLLC<br>13808 Wireless Way<br>Oklahoma City OK 73134-2501 | Plunkett's Pest Control, Inc.<br>40 NE 52nd Way<br>Fridley MN 55421-1014 | Quiby, Inc dba Kickfurther<br>24th Floor Seneca 1 Tower<br>Buffalo NY 14215-3412 |

R&R Pallet Services of Garden
City, Inc.
2008 West Mary Street
Garden City KS 67846-2669

RAKA
3501 Jeffers St
North Platte NE 69101-7847

Richard Jameson
39263 Golf Course Lane
Thedford NE 69166-6326

Rion Equipment
3501 Jeffers St.
North Platte NE 69101-7847

Robert William Thompson dba
P.O. Box 702
Draper UT 84020-0701

Ryann A. Glenn
14606 Branch Street
Suite 200
Omaha NE 68154-1835

SPI Logistics, Inc.
P.O. Box 960
Blaine WA 98231-0960

Sandhills Cattle Association
P.O. Box 786
Valentine NE 69201-0786

Servi-Tech, Inc.
1816 E. Wyatt Earp Blvd
Dodge City KS 67801-7091

(p)SBA
DISTRICT COUNSEL KANSAS CITY
200 N BROADWAY
SUITE 1500
ST LOUIS MO 63102-2755

Small Business Administration
409 3rd Street SW 2nd Floor
Washington DC 20416-0005

TForce Freight
28013 Network Place
Chicago IL 60673-1280

The Scoular Company
10801 Mastin Blvd
Suite 800
Overland Park KS 66210-1675

Thomas County Treasurer
Attn: Andrea Thomas
PO Box 227
Thedford NE 69166-0227

Titan Machinery
3211 Rodeo
North Platte NE 69101-2579

Trane US, Inc.
11937 Portal Road
La Vista NE 68128-5549

(p)TRITON RECOVERY
19790 W DIXIE HIGHWAY
SUITE 301
MIAMI FL 33180-2293

Turner Legal Group
139 S. 144th St
#665
Omaha NE 68154-5337

U.S. Attorney Office
500 State Avenue
Kansas City KS 66101-2433

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UNITED STATES ATTORNEY'S OFFICE
500 STATE AVENUE SUITE 360
KANSAS CITY KS 66101-2400

VSP Vision
3333 Quality Drive
Rancho Cordova CA 95670-7985

Van Beek National Science LLC
3689 460th Street
Orange City IA 51041-7601

Verizon Wireless
3010 E. Kansas Ave.
Garden City KS 67846-6816

Viv Network LLC
20 Ketchum Street
2nd Floor
Westport CT 06880-5939

Wagner Mowing
806 W. 10th
Lexington NE 68850-1520

Walking C Cattle Co, Inc.
1408 W. Prospect Road
Lexington NE 68850-5514

Wes Moore
Kirk Moore
13808 Wireless Way
Oklahoma City OK 73134-2501

Wilson Trailer
14100 South Meridian Ave
Oklahoma City OK 73173-8806

ZBI Inc.
3820 Yankee Hill Rd
Friend NE 68359-9013

Erlene W Krigel
Krigel & Krigel
4520 Main
Suite 700
Kansas City, MO 64111-1867

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Bank of the Lake
4558 Osage Beach Pkwy
Suite 100
Osage Beach MO 65065

Small Business Administration
1000 Walnut Suite 530
Kansas City MO 64106

Triton Recovery Group
19790 West Dixie Hwy
Suite 301
Miami FL 33180

US Attorney
US Courthouse
500 State Avenue Room 360
Kansas City KS 66101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)UFS
2730 Brighton Rd Unit A
Ontario CA

End of Label Matrix
Mailable recipients    90
Bypassed recipients     1
Total                  91