IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In Re: )
)
ELITE ENDEAVORS, LLC )          Case No.   24-20222
)          Chapter 11
Debtor. )

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
ON MOTION TO EMPLOY ERLENE W. KRIGEL & KRIGEL & KRIGEL, P.C. AS
ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

NOTICE IS HEREBY GIVEN that if you fail to file a response to the above-named Motion to Employ with the Clerk of the U.S. Bankruptcy Court for the District of Kansas in Kansas City, Kansas, on or before **March 29, 2024,** the Court will enter an Order granting the Debtor's Motion, such Order to be prepared and submitted by the Debtor within ten (10) days after the objection deadline and no hearing will be held.

If you file a timely response, a <u>non-evidentiary hearing</u> on the Motion will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, **on April 18, 2024 at 1:30 p.m.** or as soon thereafter as the Court's schedule permits. If you file the response, you must appear at the hearing unless you have submitted an agreed Order in advance signed by all parties or their counsel.

Dated this 8th day of March, 2024

KRIGEL & KRIGEL, P.C.

 /s/ Erlene W. Krigel
Erlene W. Krigel, KS 70425
4520 Main Street, Suite 700
Kansas City, MO 64111
816) 756-5800
FAX (816) 756-1999
ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice with Opportunity for Non-evidentiary Hearing on Motion to Employ and a copy of the Motion were either emailed or mailed on this 8th day of March, 2024, to all creditors on the attached mailing matrix and parties in interest listed on the Court's ECF noticing system, and to the U.S.Trustee.

/s/ Erlene W. Krigel
Erlene W. Krigel

Label Matrix for local noticing
1083-2
Case 24-20222
District of Kansas
Kansas City
Wed Mar  6 15:58:57 CST 2024

Elite Endeavors, LLC
417 West 18th Street
Suite 101
Edmond, OK 73013-3692

Advanced Services, Inc.
P.O. Box 390398
Omaha NE 68139-0398

Aetna
151 Farmington Ave
Hartford CT 06156-0002

Amy J. Turner
4950 N. Air Depot Blvd
Edmond OK 73034-9720

BK Commodities, Inc.
558 W. Campbell Street
Minden NE 68959-2124

Biz Capital BIDCO I LLC
909  Poydras Street
Suite2230
New Orleans LA 70112-4000

Black Hills Energy
PO Box 6001
Rapid City SD 57709-6001

Bottom Line CFOs
24751 Sussex
Oak Park MI 48237-1576

Buzz Consulting Company
3925 Acoma Drive
Moore OK 73160-6217

CT Corporation
P.O. Box 4349
Carol Stream IL 60197-4349

Carr Mountain Express LLC
1420 Main St
Sabetha KS 66534-2141

Cayac LLC
173 Baker Ranch Rd
Walla Walla WA 99362-6202

Central Bag Company
4901 S. 4th St
Leavenworth KS 66048-5003

Criser & Mardis Chartered
740 W. 2nd Street
Suite 200
Wichita KS 67203-6003

DXP Enterprises, Inc.
P. O. Box 840511
Dallas TX 75284-0511

Davis Energy
P. O. Box 868
Lexington NE 68850-0868

Dawson County Treasurer
700 N. Washington
Room B
Lexington NE 68850-1956

De Lage Landen Financial Serv
PO Box 41602
Wayne PA 19087

Debt Fingerhut
1502 Walnut St.
Lexington NE 68850-2449

Downey Drilling, Inc.
75471 Road 435
Lexington NE 68850-3837

ERC Specialists
560  E. Timpanogos Circle
Orem UT 84097-6225

Elevation Packaging & Equipmt
105 N. 31st Ave
Omaha NE 68131-2940

Equipment Finance Group LLC
200 Clark Street
Dayton KY 41074-1368

FNBO
Attn:  Joseph H Selde
14211 Arbor Street, Ste. 100
Omaha NE 68144-2312

Farm Talk Newspaper
P.O. Box 601
Parsons KS 67357-0601

(p)FIRST BANK OF THE LAKE
4558 OSAGE BEACH PARKWAY SUITE 100
OSAGE BEACH MO 65065-2372

First Rate Trading LLC
3803 N. 153rd
Suite 101
Omaha NE 68116-4501

First Rate Trading LLC
3803 North 153 Street Suite
Omaha NE 68116-4501

Flash Electric LLC
Joel Pflaster
520 East 10th Street
Cozad NE 69130-1933

| | | |
|---|---|---|
| Flying 4T Enterprises LLC<br>4950 North Air Depot<br>Edmond OK 73034-9720 | HubSpot<br>P.O. Box 419842<br>Boston MA 02241-9842 | Ideal Linen<br>Bluffs Facility Solutions<br>506 South Beltline Highway<br>Scottsbluff NE 69361-3503 |
| Ingersoll-Rand<br>13205 Centennial Road<br>Omaha NE 68138-3736 | JMS Millright & Repair, Inc.<br>43351 Rd 760<br>Lexington NE 68850-3707 | Jacks Welding LLC<br>320 East 5th Street<br>Cozad NE 69130-1803 |
| KMJ, Inc. dba CopyCat Printing<br>Copy Cat Printing<br>2100  Avenue A<br>Kearney NE 68847-5471 | Kirk E. Brumbaugh<br>14211 Arbor Street<br>Suite 100<br>Omaha NE 68144-2312 | Kriha Fluid Power<br>2133 Cornhusker Hwy<br>Lincoln NE 68521-1478 |
| LNC<br>5860 Ridgeway Center<br>Parkway<br>Memphis TN 38120-4030 | Lexington Utilities System<br>PO Box 70<br>Lexington NE 68850-0070 | MASA<br>1250 S. Pine Island Rd.,<br>Ste. 500<br>Fort Lauderdale FL 33324-4419 |
| McAfee & Taft<br>10th Floor<br>Two Leadership Square<br>211 N Robinson Suite 1000<br>Oklahoma City OK 73102-7103 | McMaster-Carr Supply Co<br>PO Box 7690<br>Chicago IL 60680-7690 | Milacron Marketing Co.<br>P. O. Box 535638<br>Atlanta GA 30353-5638 |
| Missouri Cattlemen's Assn<br>2306 Bluff Creek Drive<br>Suite 100<br>Columbia MO 65201-3665 | NSG Transport Inc.<br>P.O. Box 489<br>Gothenburg NE 69138-0489 | Nationwide Agribusiness<br>P.O. Box 10479<br>Des Moines IA 50306-0479 |
| Nebraska Cattleman, Inc.<br>1010 Mall Suite 101<br>Lincoln NE 68508 | Nebraska Water Experts LLC<br>Culligan-<br>Nebraska Water Expert<br>Cozad NE 69130 | NewCall Communications<br>5181 120 Ave<br>Norman OK 73026-8471 |
| Newton County Collector<br>101 S Wood St # 203<br>Neosho MO 64850-1860 | OSHA<br>444 Regency Parkway Drive<br>Omaha NE 68114-3792 | Oklahoma Secretary of State<br>2300 N. Lincoln Blvd<br>Oklahoma City OK 73105-4805 |
| Ozarks Farm & Neighbor<br>P.O. Box 1514<br>Lebanon MO 65536-1514 | PD IT Consulting<br>2800 SW 111th St<br>Oklahoma City OK 73170-2448 | PROtect<br>3815 S. Midco<br>Wichita KS 67215-8942 |
| Pat O'Hara<br>Tisdal & O'Hara PLLC<br>13808 Wireless Way<br>Oklahoma City OK 73134-2501 | Plunkett's Pest Control, Inc.<br>40 NE 52nd Way<br>Fridley MN 55421-1014 | Quiby, Inc dba Kickfurther<br>24th Floor Seneca 1 Tower<br>Buffalo NY 14215-3412 |

| | | |
|---|---|---|
| R&R Pallet Services of Garden City, Inc.<br>2008 West Mary Street<br>Garden City KS 67846-2669 | RAKA<br>3501 Jeffers St<br>North Platte NE 69101-7847 | Richard Jameson<br>39263 Golf Course Lane<br>Thedford NE 69166-6326 |
| Rion Equipment<br>3501 Jeffers St.<br>North Platte NE 69101-7847 | Robert William Thompson dba<br>P.O. Box 702<br>Draper UT 84020-0701 | Ryann A. Glenn<br>14606 Branch Street<br>Suite 200<br>Omaha NE 68154-1835 |
| SPI Logistics, Inc.<br>P.O. Box 960<br>Blaine WA 98231-0960 | Sandhills Cattle Association<br>P.O. Box 786<br>Valentine NE 69201-0786 | Servi-Tech, Inc.<br>1816 E. Wyatt Earp Blvd<br>Dodge City KS 67801-7091 |
| (p)SBA<br>DISTRICT COUNSEL KANSAS CITY<br>200 N BROADWAY<br>SUITE 1500<br>ST LOUIS MO 63102-2755 | Small Business Administration<br>409 3rd Street SW 2nd Floor<br>Washington DC 20416-0005 | TForce Freight<br>28013 Network Place<br>Chicago IL 60673-1280 |
| The Scoular Company<br>10801 Mastin Blvd<br>Suite 800<br>Overland Park KS 66210-1675 | Thomas County Treasurer<br>Attn: Andrea Thomas<br>PO Box 227<br>Thedford NE 69166-0227 | Titan Machinery<br>3211 Rodeo<br>North Platte NE 69101-2579 |
| Trane US, Inc.<br>11937 Portal Road<br>La Vista NE 68128-5549 | (p)TRITON RECOVERY<br>19790 W DIXIE HIGHWAY<br>SUITE 301<br>MIAMI FL 33180-2293 | Turner Legal Group<br>139 S. 144th St<br>#665<br>Omaha NE 68154-5337 |
| U.S. Attorney Office<br>500 State Avenue<br>Kansas City KS 66101-2433 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | (p)UNITED STATES ATTORNEY'S OFFICE<br>500 STATE AVENUE SUITE 360<br>KANSAS CITY KS 66101-2400 |
| VSP Vision<br>3333 Quality Drive<br>Rancho Cordova CA 95670-7985 | Van Beek National Science LLC<br>3689 460th Street<br>Orange City IA 51041-7601 | Verizon Wireless<br>3010 E. Kansas Ave.<br>Garden City KS 67846-6816 |
| Viv Network LLC<br>20 Ketchum Street<br>2nd Floor<br>Westport CT 06880-5939 | Wagner Mowing<br>806 W. 10th<br>Lexington NE 68850-1520 | Walking C Cattle Co, Inc.<br>1408 W. Prospect Road<br>Lexington NE 68850-5514 |
| Wes Moore<br>Kirk Moore<br>13808 Wireless Way<br>Oklahoma City OK 73134-2501 | Wilson Trailer<br>14100 South Meridian Ave<br>Oklahoma City OK 73173-8806 | ZBI Inc.<br>3820 Yankee Hill Rd<br>Friend NE 68359-9013 |

Erlene W Krigel
Krigel & Krigel
4520 Main
Suite 700
Kansas City, MO 64111-1867

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Bank of the Lake
4558 Osage Beach Pkwy
Suite 100
Osage Beach MO 65065

Small Business Administration
1000 Walnut Suite 530
Kansas City MO 64106

Triton Recovery Group
19790 West Dixie Hwy
Suite 301
Miami FL 33180

US Attorney
US Courthouse
500 State Avenue Room 360
Kansas City KS 66101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)UFS
2730 Brighton Rd Unit A
Ontario CA

End of Label Matrix
Mailable recipients    90
Bypassed recipients     1
Total                  91