IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re: )
)
ELITE ENDEAVORS, LLC, ) Case No. 24-20222
)
    Debtor. ) Chapter 11

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Frederick Stehlik** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 12th day of March, 2024.

Respectfully Submitted,

VAN OSDOL, PC

By: s/ Anthony L. Gosserand
      Anthony L. Gosserand KS # 15676
      1600 Genessee Street, Suite 246
      Kansas City, Missouri 64102
      Telephone: (816) 421-0644
      Telecopier: (816) 421-0758
      tgosserand@VanOsdokKC.com

ATTORNEYS FOR CREDITORS BIZCAPITAL BIDCO I, LLC & FIRST BANK OF THE LAKE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of March, 2024,, the foregoing was served by operation of the Court's electronic filing system, by electronic mail or via first class mail upon the following:

    Erlene W. Krigel
    Krigel & Krigel
    4520 Main, Suite 700
    Kansas City, Missouri 64111
    ekrigel@krigelandkrigel.com

**Attorney for Debtor**

Richard A. Kear
John Nemecek
Jordan M Sickman
DOJ-Ust
301 N Main Street, Suite 1150
Wichita, Kansas 67202
Richard.kear@usdoj.gov
John.nemececk@usdoj.gov
Jordan.sickman@usdoj.gov

**Attorney for U.S. Bankruptcy Trustee**

                    /s/ Anthony L. Gosserand
                    Attorney for Creditors BizCaptial BIDO I, LLC &
                    First Bank of the Lake

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: | ) |
| | ) |
| ELITE ENDEAVORS, LLC, | ) Case No. 24-20222 |
| | ) |
| Debtor. | ) Chapter 11 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Frederick D. Stehlik

2. I practice under the following firm name or letterhead:

   Name: Gross Welch Marks Clare, P.C., L.L.O.

   Address: 2120 So. 72nd Street, Ste. 1500, Omaha, NE 68124

   Telephone Number: 402-392-1500

   Fax: 492-392-8101

   Email address: fstehlik@gwmclaw.com

I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Nebraska | 9-12-77 | 15481 |

3. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

4. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

5. I am in good standing in all bars of which I am a member.

6. No disciplinary or grievance proceedings have been previously filed against me.

7. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

8. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

9. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

[NOTE: To the extent that the applicant cannot truthfully affirm the statements contained in paragraphs 6 through 9, the applicant shall attach additional pages which state all relevant facts in connection with that matter. At a minimum, if disciplinary or grievance proceedings have been filed, or criminal proceedings have been commenced, the applicant shall identify the court, case name, docket number and disposition.]

_Frederick D. Stehlik_ (signature)
Frederick D. Stehlik

STATE OF NEBRASKA      )
                       ) ss.
COUNTY OF DOUGLAS      )

On this 12th day of March, 2024, before me the undersigned, a Notary Public, in and for the County and State aforesaid, personally appeared Frederick D. Stehlik, to me known to be the person described in and who executed the foregoing Affidavit and acknowledged that he executed the same as his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the date and year first above written.

Notary Public (signature)

My Commission Expires:

> State of Nebraska – General Notary
> TERESA LENZ
> My Commission Expires
> October 19, 2026