**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 13th day of March, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ELITE ENDEAVORS, LLC, | ) | Case No. 24-20222 |
| | ) | |
| Debtor. | ) | Chapter 11 |

### ORDER GRANTING MOTIONS FOR LEAVE TO APPEAR PRO HAC VICE

Pending before the Court is the Motion for Leave to Appear Pro Hac Vice for Zachary W. Lutz-Priefert. For good cause shown, the Motion should be granted.

THEREFORE it is ordered that Zachary W. Lutz-Priefert is admitted a *pro hac vice* as attorney for creditors First Bank of the Lake and Biz Capital BIDCO I LLC.

Submitted by:

VAN OSDOL, PC

By: s/ Anthony L. Gosserand
Anthony L. Gosserand  KS # 15676
1600 Genessee Street, Suite 246
Kansas City, Missouri    64102
Telephone:     (816) 421-0644
Telecopier:     (816) 421-0758
tgosserand@VanOsdokKC.com

ATTORNEYS FOR CREDITORS BIZCAPITAL
 BIDCO I, LLC & FIRST BANK OF THE LAKE