In Re: )
)
ELITE ENDEAVORS, LLC, ) Case No. 24-20222
) Chapter 11
Debtor. )

**MOTION TO EMPLOY ACCOUNTANTS STEPHEN M. CRISER AND CGP GROUP, LLC**

COMES NOW Elite Endeavors, LLC ("Debtor") and moves the Court for an Order authorizing it to Employ Accountant Stephen M. Criser and CGP Group, LLC, located at 740 W 2nd St, Suite 200, Wichita, KS 67203, to provide accounting services for the Debtor ("the Motion"). In support of this Motion, the Debtor respectfully represents as follows:

1. The Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code on March 6, 2024.

2. By this Motion, the Debtor seeks to employ and retain Steve Criser and his firm as accountant, pursuant to 11 U.S.C. §327(a).

3. The employment of Stephen M. Criser and his firm to provide accounting services for the Debtor is necessary and beneficial to the Debtor and the bankruptcy estate because they have the expertise and ability to represent the Debtor. An Affidavit of is attached to this Motion as Exhibit A.

4. It is in the best interests of the Debtor that they employ Stephen M. Criser and his firm to render the foregoing professional services.

5. To the best of the Debtor's knowledge, Stephen M. Criser and his firm are disinterested persons within the meaning of 11 U.S.C. § 101(14), and as such, are not employed by or connected with or representing any interest adverse to the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6. Compensation for services rendered in this proceeding by is paid based upon the customary and reasonable fees charged by CGP Group, LLC of $100/hour for administrative staff, $210/hour for senior tax preparers and $275/hour for Stephen M. Criser as the partner.

\WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to employ Stephen Criser and his firm CGP Group, LLC as accountants as detailed herein, and for such other and further relief as the Court deems just and proper.

<div style="margin-left:40%">

Respectfully submitted,

 /s/ Erlene W. Krigel
Erlene W. Krigel KS #70425
KRIGEL & KRIGEL PC
4520 Main Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
ATTORNEYS FOR DEBTOR

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Employ Stephen M. Criser and CGP Group, LLC as accountants for Debtor was either emailed or mailed on this 15th day of March, 2024, to all creditors and parties in interest listed on the Court's ECF noticing system and on the Court's mailing matrix.

/s/ Erlene W. Krigel
Erlene W. Krigel

# AFFIDAVIT

STATE OF KANSAS        )
COUNTY OF SEDGWICK      )

    I, Stephen M. Criser, upon my oath, state and affirm as follows:

    1.    Elite Endeavors, LLC, has requested that the undersigned Steve Criser ("undersigned") and company CGP Group, LLC ("Company") assist in providing accounting services for the Debtor.

    2.    The undersigned and company are qualified to perform these services.

    3.    The undersigned and company have provided tax services for the Debtor prior to the filing of the bankruptcy, but are not owed any money from previous work. Neither the undersigned nor company has any connection to Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee. I understand that there is a continuing duty to disclose such adverse interest.

    4.    That neither the undersigned nor company hold or represent any interest adverse to this estate and are disinterested parties.

    5.    The undersigned and company have agreed to accept employment on this matter at the rates set forth on the attached application.

FURTHER AFFIANT SAITH NOT.

    The undersigned upon his oath states and affirms that the foregoing is true and correct to the best of her information and belief.

                                _____
                                  Stephen M. Criser

Subscribed and sworn to before me this 15th day of March, 2024.

ELLEN HITTLE
Notary Public · State of Kansas
My Appt. Expires 3/2/2028

                                _____
                                  Notary Public

My Commission Expires:
3/2/2028

Label Matrix for local noticing
1083-2
Case 24-20222
District of Kansas
Kansas City
Fri Mar 15 14:44:31 CDT 2024

Biz Capital BIDCO I LLC
909 Poydras Street
Suite 2230
New Orleans, LA 70112-4003

Elite Endeavors, LLC
417 West 18th Street
Suite 101
Edmond, OK 73013-3692

Landery Bank of the Lake
1088 North Church Street
Greenville, SC 29601-1639

Advanced Services, Inc.
P.O. Box 390398
Omaha NE 68139-0398

Aetna
151 Farmington Ave
Hartford CT 06156-0002

Amy J. Turner
4950 N. Air Depot Blvd
Edmond OK 73034-9720

BK Commodities, Inc.
558 W. Campbell Street
Minden NE 68959-2124

Biz Capital BIDCO I LLC
909  Poydras Street
Suite2230
New Orleans LA 70112-4000

Black Hills Energy
PO Box 6001
Rapid City SD 57709-6001

Bottom Line CFOs
24751 Sussex
Oak Park MI 48237-1576

Buzz Consulting Company
3925 Acoma Drive
Moore OK 73160-6217

CT Corporation
P.O. Box 4349
Carol Stream IL 60197-4349

Carr Mountain Express LLC
1420 Main St
Sabetha KS 66534-2141

Cayac LLC
173 Baker Ranch Rd
Walla Walla WA 99362-6202

Central Bag Company
4901 S. 4th St
Leavenworth KS 66048-5003

Criser & Mardis Chartered
740 W. 2nd Street
Suite 200
Wichita KS 67203-6003

DXP Enterprises, Inc.
P. O. Box 840511
Dallas TX 75284-0511

Davis Energy
P. O. Box 868
Lexington NE 68850-0868

Dawson County Treasurer
700 N. Washington
Room B
Lexington NE 68850-1956

De Lage Landen Financial Serv
PO Box 41602
Wayne PA 19087

Debt Fingerhut
1502 Walnut St.
Lexington NE 68850-2449

Downey Drilling, Inc.
75471 Road 435
Lexington NE 68850-3837

ERC Specialists
560  E. Timpanogos Circle
Orem UT 84097-6225

Elevation Packaging & Equipmt
105 N. 31st Ave
Omaha NE 68131-2940

Equipment Finance Group LLC
200 Clark Street
Dayton KY 41074-1368

FNBO
Attn:  Joseph H Selde
14211 Arbor Street, Ste. 100
Omaha NE 68144-2312

Farm Talk Newspaper
P.O. Box 601
Parsons KS 67357-0601

(p)FIRST BANK OF THE LAKE
4558 OSAGE BEACH PARKWAY SUITE 100
OSAGE BEACH MO 65065-2372

First Rate Trading LLC
1548 Co Rd 16
Wahoo NE 68066-5500

Flash Electric LLC
Joel Pflaster
520 East 10th Street
Cozad NE 69130-1933

Flying 4T Enterprises LLC
4950 North Air Depot
Edmond OK 73034-9720

HubSpot
P.O. Box 419842
Boston MA 02241-9842

Ideal Linen
Bluffs Facility Solutions
506 South Beltline Highway
Scottsbluff NE 69361-3503

Ingersoll-Rand
13205 Centennial Road
Omaha NE 68138-3736

JMS Millright & Repair, Inc.
43351 Rd 760
Lexington NE 68850-3707

Jacks Welding LLC
320 East 5th Street
Cozad NE 69130-1803

KMJ, Inc. dba CopyCat Printing
Copy Cat Printing
2100  Avenue A
Kearney NE 68847-5471

Kirk E. Brumbaugh
14211 Arbor Street
Suite 100
Omaha NE 68144-2312

Kriha Fluid Power
2133 Cornhusker Hwy
Lincoln NE 68521-1478

LNC
5860 Ridgeway Center
Parkway
Memphis TN 38120-4030

Lexington Utilities System
PO Box 70
Lexington NE 68850-0070

MASA
1250 S. Pine Island Rd.,
Ste. 500
Fort Lauderdale FL 33324-4419

McAfee & Taft
10th Floor
Two Leadership Square
211 N Robinson Suite 1000
Oklahoma City OK 73102-7103

McMaster-Carr Supply Co
PO Box 7690
Chicago IL 60680-7690

Milacron Marketing Co.
P. O. Box 535638
Atlanta GA 30353-5638

Missouri Cattlemen's Assn
2306 Bluff Creek Drive
Suite 100
Columbia MO 65201-3665

NSG Transport Inc.
P.O. Box 489
Gothenburg NE 69138-0489

Nationwide Agribusiness
P.O. Box 10479
Des Moines IA 50306-0479

Nebraska Cattleman, Inc.
1010 Mall Suite 101
Lincoln NE 68508

Nebraska Water Experts LLC
Culligan-
Nebraska Water Expert
Cozad NE 69130

NewCall Communications
5181 120 Ave
Norman OK 73026-8471

Newton County Collector
101 S Wood St # 203
Neosho MO 64850-1860

OSHA
444 Regency Parkway Drive
Omaha NE 68114-3792

Oklahoma Secretary of State
2300 N. Lincoln Blvd
Oklahoma City OK 73105-4805

Ozarks Farm & Neighbor
P.O. Box 1514
Lebanon MO 65536-1514

PD IT Consulting
2800 SW 111th St
Oklahoma City OK 73170-2448

PROtect
3815 S. Midco
Wichita KS 67215-8942

Pat O'Hara
Tisdal & O'Hara PLLC
13808 Wireless Way
Oklahoma City OK 73134-2501

Plunkett's Pest Control, Inc.
40 NE 52nd Way
Fridley MN 55421-1014

| | | |
|---|---|---|
| Quiby, Inc dba Kickfurther<br>24th Floor Seneca 1 Tower<br>Buffalo NY 14215-3412 | R&R Pallet Services of Garden<br>City, Inc.<br>2008 West Mary Street<br>Garden City KS 67846-2669 | RAKA<br>3501 Jeffers St<br>North Platte NE 69101-7847 |
| Richard Jameson<br>39263 Golf Course Lane<br>Thedford NE 69166-6326 | Rion Equipment<br>3501 Jeffers St.<br>North Platte NE 69101-7847 | Robert William Thompson dba<br>P.O. Box 702<br>Draper UT 84020-0701 |
| Ryann A. Glenn<br>14606 Branch Street<br>Suite 200<br>Omaha NE 68154-1835 | SPI Logistics, Inc.<br>P.O. Box 960<br>Blaine WA 98231-0960 | Sandhills Cattle Association<br>P.O. Box 786<br>Valentine NE 69201-0786 |
| Servi-Tech, Inc.<br>1816 E. Wyatt Earp Blvd<br>Dodge City KS 67801-7091 | (p)SBA<br>DISTRICT COUNSEL KANSAS CITY<br>200 N BROADWAY<br>SUITE 1500<br>ST LOUIS MO 63102-2755 | Small Business Administration<br>409 3rd Street SW 2nd Floor<br>Washington DC 20416-0005 |
| TForce Freight<br>28013 Network Place<br>Chicago IL 60673-1280 | The Scoular Company<br>10801 Mastin Blvd<br>Suite 800<br>Overland Park KS 66210-1675 | Thomas County Treasurer<br>Attn: Andrea Thomas<br>PO Box 227<br>Thedford NE 69166-0227 |
| Titan Machinery<br>3211 Rodeo<br>North Platte NE 69101-2579 | Trane US, Inc.<br>11937 Portal Road<br>La Vista NE 68128-5549 | (p)TRITON RECOVERY<br>19790 W DIXIE HIGHWAY<br>SUITE 301<br>MIAMI FL 33180-2293 |
| Turner Legal Group<br>139 S. 144th St<br>#665<br>Omaha NE 68154-5337 | U.S. Attorney Office<br>500 State Avenue<br>Kansas City KS 66101-2433 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |
| (p)UNITED STATES ATTORNEY'S OFFICE<br>500 STATE AVENUE SUITE 360<br>KANSAS CITY KS 66101-2400 | VSP Vision<br>3333 Quality Drive<br>Rancho Cordova CA 95670-7985 | Van Beek National Science LLC<br>3689 460th Street<br>Orange City IA 51041-7601 |
| Van Beek Nutrition, LLC<br>3689 460th Street<br>Orange City, IA 51041-7561 | Verizon Wireless<br>3010 E. Kansas Ave.<br>Garden City KS 67846-6816 | Viv Network LLC<br>20 Ketchum Street<br>2nd Floor<br>Westport CT 06880-5939 |
| Wagner Mowing<br>806 W. 10th<br>Lexington NE 68850-1520 | Walking C Cattle Co, Inc.<br>1408 W. Prospect Road<br>Lexington NE 68850-5514 | Wes Moore<br>Kirk Moore<br>13808 Wireless Way<br>Oklahoma City OK 73134-2501 |

| | | |
|---|---|---|
| Wilson Trailer<br>14100 South Meridian Ave<br>Oklahoma City OK 73173-8806 | ZBI Inc.<br>3820 Yankee Hill Rd<br>Friend NE 68359-9013 | Erlene W Krigel<br>Krigel & Krigel<br>4520 Main<br>Suite 700<br>Kansas City, MO 64111-1867 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Bank of the Lake<br>4558 Osage Beach Pkwy<br>Suite 100<br>Osage Beach MO 65065 | Small Business Administration<br>1000 Walnut Suite 530<br>Kansas City MO 64106 | Triton Recovery Group<br>19790 West Dixie Hwy<br>Suite 301<br>Miami FL 33180 |

US Attorney
US Courthouse
500 State Avenue Room 360
Kansas City KS 66101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)UFS
2730 Brighton Rd Unit A
Ontario CA

End of Label Matrix
Mailable recipients    92
Bypassed recipients     1
Total                  93