IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In Re: )
)
ELITE ENDEAVORS, LLC, ) Case No. 24-20222
) Chapter 11
Debtor. )

### <u>NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON DEBTOR'S MOTION TO EMPLOY ACCOUNTANTS</u>

**NOTICE** is hereby given that Debtor Elite Endeavors, LLC. has filed a Motion to Employ Accountants. A copy of the Motion is being mailed along with this Notice and is also available upon request from Debtor's counsel at the address set out below.

If you fail to file a written objection to the said Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **April 5, 2024**, the Court may enter an Order prepared and submitted by the Movant within ten (10) days after the objection deadline and no hearing will be held.

If you file a timely objection, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on **April 18, 2024 at 1:30 p.m.** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Respectfully submitted,

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel KS 70425
4520 Main Street, Ste. 700
Kansas City, Missouri 64111
(816) 756-5800
FAX: (816) 756-1999
ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing was on this 15th day of March 2024, mailed or emailed to all parties requesting notice the Court's ECF noticing system, to all parties listed on the Court's mailing matrix on March 15, 2024, to the Debtor, the Subchapter V Trustee and to the United States Trustee.

/s/ Erlene W. Krigel
Erlene W. Krigel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 24-20222<br>District of Kansas<br>Kansas City<br>Fri Mar 15 14:44:31 CDT 2024 | Biz Capital BIDCO I LLC<br>909 Poydras Street<br>Suite 2230<br>New Orleans, LA 70112-4003 | Elite Endeavors, LLC<br>417 West 18th Street<br>Suite 101<br>Edmond, OK 73013-3692 |
| Landery Bank of the Lake<br>1088 North Church Street<br>Greenville, SC 29601-1639 | Advanced Services, Inc.<br>P.O. Box 390398<br>Omaha NE 68139-0398 | Aetna<br>151 Farmington Ave<br>Hartford CT 06156-0002 |
| Amy J. Turner<br>4950 N. Air Depot Blvd<br>Edmond OK 73034-9720 | BK Commodities, Inc.<br>558 W. Campbell Street<br>Minden NE 68959-2124 | Biz Capital BIDCO I LLC<br>909  Poydras Street<br>Suite2230<br>New Orleans LA 70112-4000 |
| Black Hills Energy<br>PO Box 6001<br>Rapid City SD 57709-6001 | Bottom Line CFOs<br>24751 Sussex<br>Oak Park MI 48237-1576 | Buzz Consulting Company<br>3925 Acoma Drive<br>Moore OK 73160-6217 |
| CT Corporation<br>P.O. Box 4349<br>Carol Stream IL 60197-4349 | Carr Mountain Express LLC<br>1420 Main St<br>Sabetha KS 66534-2141 | Cayac LLC<br>173 Baker Ranch Rd<br>Walla Walla WA 99362-6202 |
| Central Bag Company<br>4901 S. 4th St<br>Leavenworth KS 66048-5003 | Criser & Mardis Chartered<br>740 W. 2nd Street<br>Suite 200<br>Wichita KS 67203-6003 | DXP Enterprises, Inc.<br>P. O. Box 840511<br>Dallas TX 75284-0511 |
| Davis Energy<br>P. O. Box 868<br>Lexington NE 68850-0868 | Dawson County Treasurer<br>700 N. Washington<br>Room B<br>Lexington NE 68850-1956 | De Lage Landen Financial Serv<br>PO Box 41602<br>Wayne PA 19087 |
| Debt Fingerhut<br>1502 Walnut St.<br>Lexington NE 68850-2449 | Downey Drilling, Inc.<br>75471 Road 435<br>Lexington NE 68850-3837 | ERC Specialists<br>560  E. Timpanogos Circle<br>Orem UT 84097-6225 |
| Elevation Packaging & Equipmt<br>105 N. 31st Ave<br>Omaha NE 68131-2940 | Equipment Finance Group LLC<br>200 Clark Street<br>Dayton KY 41074-1368 | FNBO<br>Attn:  Joseph H Selde<br>14211 Arbor Street, Ste. 100<br>Omaha NE 68144-2312 |
| Farm Talk Newspaper<br>P.O. Box 601<br>Parsons KS 67357-0601 | (p)FIRST BANK OF THE LAKE<br>4558 OSAGE BEACH PARKWAY SUITE 100<br>OSAGE BEACH MO 65065-2372 | First Rate Trading LLC<br>1548 Co Rd 16<br>Wahoo NE 68066-5500 |

Flash Electric LLC
Joel Pflaster
520 East 10th Street
Cozad NE 69130-1933

Flying 4T Enterprises LLC
4950 North Air Depot
Edmond OK 73034-9720

HubSpot
P.O. Box 419842
Boston MA 02241-9842

Ideal Linen
Bluffs Facility Solutions
506 South Beltline Highway
Scottsbluff NE 69361-3503

Ingersoll-Rand
13205 Centennial Road
Omaha NE 68138-3736

JMS Millright & Repair, Inc.
43351 Rd 760
Lexington NE 68850-3707

Jacks Welding LLC
320 East 5th Street
Cozad NE 69130-1803

KMJ, Inc. dba CopyCat Printing
Copy Cat Printing
2100  Avenue A
Kearney NE 68847-5471

Kirk E. Brumbaugh
14211 Arbor Street
Suite 100
Omaha NE 68144-2312

Kriha Fluid Power
2133 Cornhusker Hwy
Lincoln NE 68521-1478

LNC
5860 Ridgeway Center
Parkway
Memphis TN 38120-4030

Lexington Utilities System
PO Box 70
Lexington NE 68850-0070

MASA
1250 S. Pine Island Rd.,
Ste. 500
Fort Lauderdale FL 33324-4419

McAfee & Taft
10th Floor
Two Leadership Square
211 N Robinson Suite 1000
Oklahoma City OK 73102-7103

McMaster-Carr Supply Co
PO Box 7690
Chicago IL 60680-7690

Milacron Marketing Co.
P. O. Box 535638
Atlanta GA 30353-5638

Missouri Cattlemen's Assn
2306 Bluff Creek Drive
Suite 100
Columbia MO 65201-3665

NSG Transport Inc.
P.O. Box 489
Gothenburg NE 69138-0489

Nationwide Agribusiness
P.O. Box 10479
Des Moines IA 50306-0479

Nebraska Cattleman, Inc.
1010 Mall Suite 101
Lincoln NE 68508

Nebraska Water Experts LLC
Culligan-
Nebraska Water Expert
Cozad NE 69130

NewCall Communications
5181 120 Ave
Norman OK 73026-8471

Newton County Collector
101 S Wood St # 203
Neosho MO 64850-1860

OSHA
444 Regency Parkway Drive
Omaha NE 68114-3792

Oklahoma Secretary of State
2300 N. Lincoln Blvd
Oklahoma City OK 73105-4805

Ozarks Farm & Neighbor
P.O. Box 1514
Lebanon MO 65536-1514

PD IT Consulting
2800 SW 111th St
Oklahoma City OK 73170-2448

PROtect
3815 S. Midco
Wichita KS 67215-8942

Pat O'Hara
Tisdal & O'Hara PLLC
13808 Wireless Way
Oklahoma City OK 73134-2501

Plunkett's Pest Control, Inc.
40 NE 52nd Way
Fridley MN 55421-1014

Quiby, Inc dba Kickfurther
24th Floor Seneca 1 Tower
Buffalo NY 14215-3412

R&R Pallet Services of Garden
City, Inc.
2008 West Mary Street
Garden City KS 67846-2669

RAKA
3501 Jeffers St
North Platte NE 69101-7847

Richard Jameson
39263 Golf Course Lane
Thedford NE 69166-6326

Rion Equipment
3501 Jeffers St.
North Platte NE 69101-7847

Robert William Thompson dba
P.O. Box 702
Draper UT 84020-0701

Ryann A. Glenn
14606 Branch Street
Suite 200
Omaha NE 68154-1835

SPI Logistics, Inc.
P.O. Box 960
Blaine WA 98231-0960

Sandhills Cattle Association
P.O. Box 786
Valentine NE 69201-0786

Servi-Tech, Inc.
1816 E. Wyatt Earp Blvd
Dodge City KS 67801-7091

(p)SBA
DISTRICT COUNSEL KANSAS CITY
200 N BROADWAY
SUITE 1500
ST LOUIS MO 63102-2755

Small Business Administration
409 3rd Street SW 2nd Floor
Washington DC 20416-0005

TForce Freight
28013 Network Place
Chicago IL 60673-1280

The Scoular Company
10801 Mastin Blvd
Suite 800
Overland Park KS 66210-1675

Thomas County Treasurer
Attn: Andrea Thomas
PO Box 227
Thedford NE 69166-0227

Titan Machinery
3211 Rodeo
North Platte NE 69101-2579

Trane US, Inc.
11937 Portal Road
La Vista NE 68128-5549

(p)TRITON RECOVERY
19790 W DIXIE HIGHWAY
SUITE 301
MIAMI FL 33180-2293

Turner Legal Group
139 S. 144th St
#665
Omaha NE 68154-5337

U.S. Attorney Office
500 State Avenue
Kansas City KS 66101-2433

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UNITED STATES ATTORNEY'S OFFICE
500 STATE AVENUE SUITE 360
KANSAS CITY KS 66101-2400

VSP Vision
3333 Quality Drive
Rancho Cordova CA 95670-7985

Van Beek National Science LLC
3689 460th Street
Orange City IA 51041-7601

Van Beek Nutrition, LLC
3689 460th Street
Orange City, IA 51041-7561

Verizon Wireless
3010 E. Kansas Ave.
Garden City KS 67846-6816

Viv Network LLC
20 Ketchum Street
2nd Floor
Westport CT 06880-5939

Wagner Mowing
806 W. 10th
Lexington NE 68850-1520

Walking C Cattle Co, Inc.
1408 W. Prospect Road
Lexington NE 68850-5514

Wes Moore
Kirk Moore
13808 Wireless Way
Oklahoma City OK 73134-2501

Wilson Trailer
14100 South Meridian Ave
Oklahoma City OK 73173-8806

ZBI Inc.
3820 Yankee Hill Rd
Friend NE 68359-9013

Erlene W Krigel
Krigel & Krigel
4520 Main
Suite 700
Kansas City, MO 64111-1867

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Bank of the Lake
4558 Osage Beach Pkwy
Suite 100
Osage Beach MO 65065

Small Business Administration
1000 Walnut Suite 530
Kansas City MO 64106

Triton Recovery Group
19790 West Dixie Hwy
Suite 301
Miami FL 33180

US Attorney
US Courthouse
500 State Avenue Room 360
Kansas City KS 66101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)UFS
2730 Brighton Rd Unit A
Ontario CA

End of Label Matrix
Mailable recipients    92
Bypassed recipients     1
Total                  93