# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: )
) Case No. 24-20222
ELITE ENDEAVORS, LLC, )
) Chapter 11
Debtor. )

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Brian Koenig** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 3rd day of April, 2024.

Respectfully Submitted

STINSON LLP

*/s/ Nicholas J. Zluticky*
Nicholas J. Zluticky KS #23935
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: 816-691-3278
Nicholas.Zluticky@stinson.com

ATTORNEY FOR FIRST RATE TRADING, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of April, 2024, a copy of the above and foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

                                          /s/ *Nicholas J. Zluticky*
                                          ATTORNEY FOR FIRST RATE TRADING, LLC

CORE/9990000.8169/188514692.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:                              )
                                    ) Case No. 24-20222
ELITE ENDEAVORS, LLC,               )
                                    ) Chapter 11
        Debtor.                     )

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Brian J. Koenig

2. I practice under the following firm name or letterhead:

    Name: Koley Jessen P.C., L.L.O.

    Address: 1125 S. 103rd St., Suite 800, Omaha, NE 68124

    Telephone Number: 402-343-3883

    Fax: 402-390-9005

    Email address: Brian.Koenig@koleyjessen.com

CORE/9990000.8169/188514692.1

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Nebraska (State) | March 25, 2008 | 23807 |
| Iowa (State) | September 20, 2007 | AT0009367 |
| District of Nebraska | September 8, 2008 | |
| Southern District of Iowa | August 28, 2009 | |
| Northern District of Iowa | September 2, 2009 | |
| Central District of Illinois | October 3, 2011 | |
| District of Colorado | June 14, 2017 | |
| Eastern District of Michigan | August 26, 2021 | |
| Eighth Circuit | September 9, 2011 | |
| Ninth Circuit | January 16, 2013 | |

I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

4. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

5. I am in good standing in all bars of which I am a member.

6. No disciplinary or grievance proceedings have been previously filed against me.

7. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

8. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

9. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_____
Brian J. Koenig

STATE OF NEBRASKA ) 
) ss:
COUNTY OF DOUGLAS )

On this 3rd day of April, 2024, before me the undersigned, a Notary Public, in and for the County and State aforesaid, personally appeared Brian J. Koenig, to me known to be the person described in and who executed the foregoing Affidavit and acknowledged that he executed the same as his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed by official seal in the County and State aforesaid, the date and year first above written.

GENERAL NOTARY - State of Nebraska
ANGELA M ANNAN
My Comm. Exp. March 3, 2027

_____
Notary Public

My Commission Expires:



# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
## Pro Hac Vice Electronic Filing Registration Form

Name: **Brian Koenig**

Office: **Koley Jessen P.C., L.L.O.**

Address: **1125 S. 103rd St., Suite 800**

Address:

City: **Omaha**  State: **NE**  Zip: **68124**

Office Phone: **402-343-3883**  Ext.:  Fax: **402-390-9005**

State Bar # **23807 (Nebraska); 9367 (Iowa)**

Attorney's Internet E-mail Address: **Brian.Koenig@koleyjessen.com**

Additional email addresses that should receive Notices of Electronic Filing: **Angela.Annan@koleyjessen.com**

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

**April 3, 2024**
Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.