**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 3rd day of April, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELITE ENDEAVORS, LLC | ) | Case No. 24-2022-RDB |
| | ) | Chapter 11 |
| Debtor. | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Having considered the Motion For Leave To Appear Pro Hac Vice and for good cause shown, the Court finds that said motion should be sustained and that **Louis J. Price** should be and hereby is admitted to practice in the United States Bankruptcy Court District of Kansas for purposes of this case only.

**IT IS SO ORDERED.**

###

Submitted by:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com