**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 1st day of April, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELITE ENDEAVORS, LLC. | ) | Case No: 24-20222 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### ORDER ON DEBTOR'S MOTION FOR APPOINTMENT OF ERLENE W. KRIGEL AND KRIGEL & KRIGEL, P.C. AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

This matter comes on for consideration of the Motion for Appointment of Erlene W. Krigel and the law firm of Krigel & Krigel, P.C. to serve as attorneys for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings and being duly advised in the premises, the Court finds as follows:

1. On March 8, 2024, a Motion for Appointment of Erlene W. Krigel and the law firm of Krigel & Krigel, P.C. to serve as attorneys for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceeding was filed.

2. The Debtor has determined the necessity of employing counsel and desires to employ Erlene W. Krigel and the firm of Krigel & Krigel, P.C. as counsel for the Debtor and the Debtor-in-

Possession.

3.      Erlene W. Krigel and the other attorneys in her firm of Krigel & Krigel, P.C. are duly licensed and qualified attorneys, and in the opinion of the Debtor, are qualified to act as counsel for this estate.

4.      The Debtor desires to employ Erlene W. Krigel and the law firm of Krigel & Krigel, P.C., for its legal services in connection with this Chapter 11 proceeding, including but not limited to:

   a.      Advise the Debtor with respect to its powers and duties as Debtor and Debtor-in-Possession in the continued management and operation of its business;

   b.      Attend meetings and negotiate with representatives of creditors and other parties in interest;

   c.      Take all necessary action to protect and preserve the estate, including the prosecution of actions on its behalf, the defense of any actions commenced against the Debtor's estate, and objections to claims filed against the estate;

   d.      Prepare on behalf of Debtor all motions, applications, answers, orders, reports and papers necessary to the administration for the estate;

   e.      Negotiation and prosecute on the Debtor's behalf all contracts for the sale of assets, plan of reorganization, disclosure statement, and all related agreements and/or documents, and take any action that is necessary for the Debtor to obtain confirmation of its Plan of Reorganization;

   f.      Appear before this Court and the United States Trustee; and protect the interests of the Debtor's estate before the Court and the U.S. Trustee; and

   g.      Perform all other necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11 proceeding.

5.      Pursuant to 11 U.S.C. § 327(a), Erlene W. Krigel and Krigel & Krigel, P.C. do not represent or hold any interest adverse to the estate and are disinterested for the purpose of representing the Debtor in these Chapter 11 proceedings. Erlene W. Krigel and Krigel & Krigel, P.C. have not previously represented the Debtor, nor have they represented any of the creditors of the Debtor. The firm has not represented the Debtor's shareholders or any of their respective relatives. Further, neither Erlene W. Krigel nor Krigel & Krigel, P.C. has represented the accountant or any other professional employed by or on behalf of the Debtor.

6.      Employment of Erlene W. Krigel and Krigel & Krigel, P.C. as attorneys for the Debtor would be in the best interest of the bankruptcy estate.

7.      The firm of Krigel & Krigel, P.C. is comprised of twelve (12) attorneys and five (5) paralegals. The firm proposes to represent the Debtor by billing at its customary hourly rates and by billing for any out-of-pocket expenses. The hourly rates for 2024 charged by the attorneys and paralegals range from $400/hour for Sanford P. Krigel, $300/hour for Erlene W. Krigel, Ivan L. Nugent, SJ Moore, Jeff Klusmeier, Sean Cooper, Karen Rosenberg, Dana Wilders, and Lara Pabst. The legal assistants and paralegals are billed at $100/hour.

8.      Compensation for services rendered in this proceeding by the firm shall be subjected to approval by the Court. Contemporaneously with the filing of this Motion, the firm has filed a Motion to allow it to receive payment on a monthly basis for 80% of its fees and 100% of its expenses upon the filing of a notice with the Court.

9.      On March 8, 2024, a Notice With Opportunity for Non-Evidentiary Hearing with respect to such Motion and served a copy of the Motion and the Notice on all parties requesting notice of the Court's ECF noticing system, the Debtor and all creditors listed on the mailing matrix.

10.     Pursuant to the said Notice, Creditors had until March 29, 2024, within which to object to the Motion for Appointment of Erlene W. Krigel and the law firm of Krigel & Krigel, P.C. to serve as attorneys for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings.

11.     No timely objections to Debtor's Motion were filed.


ACCORDINGLY, the Court hereby grants the Motion for Appointment of Erlene W. Krigel and the law firm of Krigel & Krigel, P.C. to serve as attorneys for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings.

###

Submitted by:

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel KS 70425
4520 Main St., Ste. 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR

United States Bankruptcy Court

District of Kansas

In re:

Elite Endeavors, LLC

Debtor

Case No. 24-20222-RDB

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1083-2      User: admin      Page 1 of 2

Date Rcvd: Apr 01, 2024      Form ID: pdf020      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: dturner@masterhandmilling.com | Apr 01 2024 23:21:00 | Elite Endeavors, LLC, 417 West 18th Street, Suite 101, Edmond, OK 73013-3692 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony L Gosserand | on behalf of Creditor Biz Capital BIDCO I LLC tgosserand@vomer.com |
| Anthony L Gosserand | on behalf of Creditor Landery Bank of the Lake tgosserand@vomer.com |
| Erlene W Krigel | on behalf of Debtor Elite Endeavors  LLC ekrigel@krigelandkrigel.com, jdulle@krigelandkrigel.com |
| Frederick D Stehlik | on behalf of Creditor Landery Bank of the Lake fstehlik@gwmclaw.com |
| Frederick D Stehlik | on behalf of Creditor Biz Capital BIDCO I LLC fstehlik@gwmclaw.com |

John Nemecek

       on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman

       on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Richard A Kear

       on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

U.S. Trustee

       ustpregion20.wi.ecf@usdoj.gov

Zachary W Lutz-Priefert

       on behalf of Creditor Landery Bank of the Lake zlutzpriefert@gwmclaw.com

Zachary W Lutz-Priefert

       on behalf of Creditor Biz Capital BIDCO I LLC zlutzpriefert@gwmclaw.com


TOTAL: 11