**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 8th day of April, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELITE ENDEAVORS, LLC. | ) | Case No: 24-20222 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### <u>ORDER ON DEBTOR'S MOTION TO EMPLOY</u>
### _ACCOUNTANTS STEPHEN M. CRISER AND CGP GROUP, LLC_

This matter comes on for consideration of the Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings and being duly advised in the premises, the Court finds as follows:

1. On March 15, 2024, a Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceeding was filed.

2. The Debtor has determined the necessity of employing an accountant and his firm as they are duly licensed and qualified accountants, and in the opinion of the Debtor, are qualified to provide accounting

services for this estate.

3.  The Debtor desires to employ Stephen M. Criser and CGP Group, LLC to serve as accountants in connection with this Chapter 11 proceeding.

4.  Employment of Stephen M. Criser and CGP Group, LLC to serve as accountants for the Debtor would be in the best interest of the bankruptcy estate.

5.  On March 15, 2024, a Notice With Opportunity for Non-Evidentiary Hearing with respect to such Motion and served a copy of the Motion and the Notice on all parties requesting notice of the Court's ECF noticing system, the Debtor and all creditors listed on the mailing matrix.

6.  Pursuant to the said Notice, Creditors had until April 5, 2024, within which to object to the Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings.

7.  No timely objections to Debtor's Motion were filed.

ACCORDINGLY, the Court hereby grants the Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings.

###

Submitted by:

KRIGEL NUGENT + MOORE, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel KS 70425
4520 Main St., Ste. 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
ekrigel@knmlaw.com
ATTORNEYS FOR DEBTOR