**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 8th day of April, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELITE ENDEAVORS, LLC. | ) | Case No: 24-20222 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### ORDER ON DEBTOR'S MOTION TO EMPLOY
### *ACCOUNTANTS STEPHEN M. CRISER AND CGP GROUP, LLC*

This matter comes on for consideration of the Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings and being duly advised in the premises, the Court finds as follows:

1. On March 15, 2024, a Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceeding was filed.

2. The Debtor has determined the necessity of employing an accountant and his firm as they are duly licensed and qualified accountants, and in the opinion of the Debtor, are qualified to provide accounting

services for this estate.

3.     The Debtor desires to employ Stephen M. Criser and CGP Group, LLC to serve as accountants in connection with this Chapter 11 proceeding.

4.     Employment of Stephen M. Criser and CGP Group, LLC to serve as accountants for the Debtor would be in the best interest of the bankruptcy estate.

5.     On March 15, 2024, a Notice With Opportunity for Non-Evidentiary Hearing with respect to such Motion and served a copy of the Motion and the Notice on all parties requesting notice of the Court's ECF noticing system, the Debtor and all creditors listed on the mailing matrix.

6.     Pursuant to the said Notice, Creditors had until April 5, 2024, within which to object to the Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings.

7.     No timely objections to Debtor's Motion were filed.

ACCORDINGLY, the Court hereby grants the Motion for Appointment of Stephen M. Criser and CGP Group, LLC to serve as accountants for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings.

###

Submitted by:

KRIGEL NUGENT + MOORE, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel KS 70425
4520 Main St., Ste. 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
ekrigel@knmlaw.com
ATTORNEYS FOR DEBTOR

United States Bankruptcy Court
District of Kansas

In re:

Elite Endeavors, LLC

     Debtor

Case No. 24-20222-RDB

Chapter 11

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

**Recip ID**       **Recipient Name and Address**

db       +   Elite Endeavors, LLC, 4950 N. Air Depot Blvd., Edmond, OK 73034-9720

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

**Name**       **Email Address**

Anthony L Gosserand

      on behalf of Creditor Landery Bank of the Lake tgosserand@vomer.com

Anthony L Gosserand

      on behalf of Creditor Biz Capital BIDCO I LLC tgosserand@vomer.com

Colin N. Gotham

      on behalf of Creditor Livestock Nutrition Center  LLC Cgotham@emlawkc.com, shelbi@emlawkc.com

Erlene W Krigel

      on behalf of Debtor Elite Endeavors  LLC ekrigel@knmlaw.com, jdulle@krigelandkrigel.com

Frederick D Stehlik

      on behalf of Creditor Landery Bank of the Lake fstehlik@gwmclaw.com

Frederick D Stehlik

      on behalf of Creditor Biz Capital BIDCO I LLC fstehlik@gwmclaw.com

John Nemecek
    on behalf of U.S. Trustee U.S. Trustee john.nemecek@usdoj.gov

Jordan M Sickman
    on behalf of U.S. Trustee U.S. Trustee jordan.sickman@usdoj.gov

Nicholas J Zluticky
    on behalf of Creditor First Rate Trading  LLC nicholas.zluticky@stinson.com, ecfservice@bmcgroup.com

Richard A Kear
    on behalf of U.S. Trustee U.S. Trustee richard.kear@usdoj.gov

U.S. Trustee
    ustpregion20.wi.ecf@usdoj.gov

Zachary W Lutz-Priefert
    on behalf of Creditor Landery Bank of the Lake zlutzpriefert@gwmclaw.com

Zachary W Lutz-Priefert
    on behalf of Creditor Biz Capital BIDCO I LLC zlutzpriefert@gwmclaw.com

TOTAL: 13