UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
ELITE ENDEAVORS, LLC )
) Case No. 24-20222-RDB-11
Debtor )

## MOTION TO INCUR POST-PETITION DEBT
## TO FINANCE INSURANCE PREMIUMS FOR
## LIABILITY AND PROPERTY CASUALTY INSURANCE

**COMES NOW** Debtor Elite Endeavors, LLC ("Debtor"), by and through its attorney Erlene W. Krigel, and, pursuant to 11 U.S.C. §364(b) and (c), for its Motion states as follows:

1. The Debtor filed its petition for relief under Chapter 11 on March 6, 2024.

2. The Bankruptcy Court for the District of Kansas has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this Chapter 11 case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Debtor desires to obtain both property casualty and liability insurance to protect its assets and its business operation. Debtor has obtained a commitment and binder for a General Liability and Property Casualty Policy of insurance from Safehold Special Risk, Inc. (Manufacturers Alliance Insurance Company) for a period from May 1, 2024 to May 1, 2025.

4. The Debtor lacks sufficient cash to pay for the annual premium of $54,609, and desires to finance the premium over a ten (10) month period.

5. Debtor is able to finance the premium through IPFS Corporation, 1055 Broadway, 11th Floor, Kansas City, Missouri 64105 by the execution of a certain Premium Finance Agreement, which is attached hereto as Exhibit 1 and made a part hereof.

6. Said Agreement provides, among other provisions, that the Debtor will make a cash down payment of $10,921.80 and borrow the remainder of $43,687.20. Debtor will make ten (10) equal installments of $4,674.66 beginning May 25, 2024. The interest rate is 15% per annum and the total amount of interest will be $3,059.40.

7. The Debtor grants IPFS Corporation a limited security interest in all right, title and interest to the scheduled policies, including (a) all money that is or may be due insured because of a loss under such policy that reduces the unearned premiums, (b) any unearned premiums under such policy, (c) dividends which may become due to insured in connection with said policy and (d) interests arising under a state guarantee fund.

8. Pursuant to 11 U.S.C. §364(b) and (c), the Debtor seeks an Order from the Court to obtain said loan to finance the insurance premiums.

9. The Debtor believes it will have no problem making the installments as stated above.

10. The Debtor requests this Court grant Debtor's Motion without the need for a hearing. The proposed debt does not adversely affect the interest of creditors. At the hearing on Friday, April 26, 2024, the Court indicated its willingness to enter an Order to approve the financing of the insurance premiums without the need for the Debtor to notice up said Motion and without the need for a hearing.

WHEREFORE, Debtor requests an Order allowing Debtor to incur post-petition debt in the principal amount of $54,609 and to borrow $43,687.20 plus interest of $3,059.40 for a total of $46,746.60, with ten (10) installments of $4,674.66, which payments shall be made directly by Debtor; and for such further relief as the Court deems just and proper.

Dated: May 2, 2024                                        KRIGEL NUGENT + MOORE, P.C.

/s/ *Erlene W. Krigel*
Erlene W. Krigel, KS 70425
4520 Main Street, Suite 700
Kansas City, Missouri 64111
TEL: (816) 756-5800
FAX: (816) 756-1999
ekrigel@knmlaw.com
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I, Erlene W. Krigel, hereby certifies that a true and correct copy of the Motion was served, on the parties notified by the US Bankruptcy Court's electronic notification, either by email or by US First Class Mail, postage prepaid, this 2nd day of May, 2024.

/s/ *Erlene W. Krigel*
Erlene W. Krigel