IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In Re: )
)
ELITE ENDEAVORS, LLC, ) Case No. 24-20222
)
Debtor. )

**<u>MOTION TO EMPLOY WILL B. WOHLFORD AND MORRIS LAING LAW FIRM
AS SPECIAL COUNSEL FOR DEBTOR</u>**

COMES NOW Elite Endeavors, LLC, ("Debtor") for its Motion to Employ Will B. Wohlford and Morris Laing Law Firm, as special counsel for the Debtor. In support of this Motion, Debtor respectfully represents as follows:

1.	The Debtor filed its petition for relief under Chapter 11 of the Bankruptcy Code on March 4, 2024.

2.	By this Motion, the Debtor seeks to employ and retain Will B. Wohlford and Morris Laing Law Firm, as its special counsel, pursuant to 11 U.S.C. Section 327(a) and Section 327(e).

3.	The employment of Will B. Wohlford and Morris Laing Law Firm, as special counsel for the Debtor, is necessary and beneficial to the Debtor and the bankruptcy estate because they have the expertise and ability to represent Debtor in its claims against 1502 East Walnut NB, LLC, 1502 East Walnut CB, LLC and Nathan Broders, and potentially others, for restitution and unjust enrichment, tortious interference with relationship or expectancy and for declaratory judgment. An Affidavit of Will B. Wohlford is attached to this Motion as Exhibit A.

4.	It is in the best interest of the Debtor that it employs Will B. Wohlford and Morris Laing Law Firm, to render the foregoing professional services.

5.	Will B. Wohlford and Morris Laing Law Firm have agreed to be retained on an hourly basis. Mr. Wohlford charges $375/hour and other members/staff of his law firm charge hourly rates ranging from $250/hour to $400/hour.

6.	Will B. Wohlford and Morris Laing Law Firm do not have any connection with the Debtor, the United States Trustee, or any person employed in the Office of the United States Trustee, and

do not hold or represent any interest adverse to the Debtor with respect to the matters on which

they are to be employed as disclosed in the Affidavit.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order authorizing the Debtor to

employ and retain Will B. Wohlford and Morris Laing Law Firm as special counsel as detailed herein, and

for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Erlene W. Krigel
Erlene W. Krigel, KS 70425
KRIGEL NUGENT + MOORE
4520 Main Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
ekrigel@knmlaw.com
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Employ Will B. Wohlford and Morris Laing Law Firm, as special counsel for Debtor was either emailed or mailed on this 16th day of September, 2025, to all creditors and parties in interest listed on the Court's ECF noticing system and to all parties listed on the Court's mailing matrix.

/s/ Erlene W. Krigel
Erlene W. Krigel

## AFFIDAVIT

I, Will Wohlford, upon my oath, state and affirm as follows:

1.     I am an attorney at law admitted to practice in Kansas.

2.     I am an attorney with Morris Laing Law Firm, which maintains its offices for the practice of law at 300 N. Mead, Suite 200, Wichita KS 67202.

3.     The Debtor proposes to retain me, and the Morris Laing Law Firm, (collectively, the "Special Counsel") to represent Debtors, in connection with claims against Nathan Broders, 1502 East Walnut NB, LLC, and 1502 East Walnut CB, LLC (and/or others as future investigation may warrant).

4.     The Special Counsel are qualified to perform these services.

5.     That neither the undersigned, nor his law firm, have any connection to the Debtors, Debtors' creditors, any other party in interest, the United States Trustee or any person employed in the office of the United States Trustee.  I understand that there is a continuing duty to disclose such adverse interest.  Further, neither the undersigned, nor his law firm, hold or represent an interest adverse to the estate.

6.     Based upon the foregoing, the Special Counsel is a "disinterested person" within the meaning of Sections 101 and 327 of the Bankruptcy Code.

7.     The Debtors and the Special Counsel have contracted for Debtors to pay as full compensation for Special Counsel's services as set forth in the Debtors' Motion.

By: _____
Will Wohlford

**STATE OF KANSAS**    )
                          )ss.
**COUNTY OF SEDGWICK**  )

On this ___10th___ day of <u>September</u>, 2025, before me personally appeared Will Wohlford, to me personally known to be the person described in and who executed the foregoing instrument.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal the day and year last above written.

_____
**Notary Public**

**My Commission Expires:**

___7-14-26___

SHELBY HUGHART
Notary Public  State of Kansas
My Appointment Expires
7-14-26