IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In Re:                                                    )
                                                          )
ELITE ENDEAVORS, LLC,                                     )          Case No. 24-20222
                                                          )
                        Debtor.                           )

**MOTION TO CONTINUE NON-EVIDENTIARY HEARING ON DEBTOR'S
APPLICATION TO EMPLOY WILL B. WOHLFORD AND HIS FIRM
MORRIS LAING LAW FIRM AS SPECIAL COUNSEL FOR DEBTOR**

Debtor-in-Possession Elite Endeavors, LLC, by and through counsel, Erlene Krigel of

Krigel Nugent + Moore, P.C., moves the Court for an Order continuing the non-evidentiary

hearing now set for October 23, 2025 at 1:30 p.m. on Debtor's Application to Employ Will B.

Wohlford and his law firm Morris Laing as Special Counsel for the Debtor (Doc. #243), which

was filed on September 16, 2025. In support of this Motion, the Debtor represents the

following:

1.    The Debtor filed its Application on September 16, 2025, and the deadline for

objections to said Application was October 7, 2025. First Rate Trading, LLC ("FRT") filed a

timely objection on October 7, 2025.

2.    Debtor desires to file a response to FRT's objection.

3.    Further, Will B. Wohlford is unavailable on October 23, 2025, as he is scheduled

to take depositions with parties and counsel attending from out of state. Those depositions are

slated to last the entire day.

4.    Mr. Wohlford is not available on November 20th, which is this Court's next non-

evidentiary docket day, but is available on December 18, 2025 for the following non-evidentiary

docket day.

5. Counsel for Debtor has emailed Brian Koenig, counsel for FRT. Mr. Koenig has no objection to this request for a continuance and asks that the Court set the next date for a day and time that is mutually agreeable to him.

WHEREFORE, Debtor prays for entry of an order continuing the non-evidentiary hearing on the Debtor's Application to Employ Will B. Wohlford and his law firm Morris Laing as Special Counsel for the Debtor (Doc. #243) to either the Court's non-evidentiary docket on December 18, 2025 at 1:30 p.m. or to set this matter for an evidentiary hearing at a date and time mutually agreeable for all parties, and for such other relief as the Court deems just and proper.

Respectfully submitted,

KRIGEL NUGENT + MOORE, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel No. 70425
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
ekrigel@knmlaw.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, a copy of the foregoing Motion to Continue the hearing on the Debtor's Application to Employ Will B. Wohlford and his law firm Morris Laing as Special Counsel for the Debtor was mailed, either electronically or by U. S. Postal Service, postage prepaid, to all persons requesting notice through the Court's ECF noticing system and to Brian Koenig, attorney for First Rate Trading, LLC, at brian.koenig@koleyjessen.com.

/s/ Erlene W. Krigel
Erlene W. Krigel