U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
12/18/2025
Hon. Robert D. Berger, Presiding

01:30 PM

_____

Case Information:

    24-20222 Elite Endeavors, LLC   Chapter: 11
Judge: RDB    Filed: 03/06/2024     Pln Confirmed:

_____

Appearances:

- ✓ Erlene W Krigel representing Elite Endeavors, LLC (Debtor)
- ✓ Dusty Turner (Debtor)
- ✓ Brian Koenig representing First Rate Trading LLC (Creditor)
- ✓ Fred Stehlik representing Biz Capital and Landery Bank of the Lake (Creditor)
- ✓ John Nemecek representing U.S. Trustee

_____

Issue(s):

    [243] Application to Employ Will B. Wohlford and Morris Laing Law Firm as Special Counsel for Debtor Filed on behalf of Debtor Elite Endeavors, LLC.

    [251] Objection to (related document(s): 243 Application to Employ Will B. Wohlford and Morris Laing Law Firm as Special Counsel for Debtor filed by Debtor Elite Endeavors, LLC) Filed by Creditor First Rate Trading, LLC.

    [254] Order Granting Motion to Continue Hearing On (Related Doc # 252) Signed on 10/21/2025. Hearing to be held on 12/18/2025 at 01:30 PM Kansas City Courtroom 151

_____

Notes/Decision:


Matter continued to 1/22/2026 at 1:30 pm.

Ms. Krigel to file an Amended Application by January 3rd, 2026, and provide opposing counsel 15 days to respond.  Ms. Krigel is allowed to only serve through ECF noticing.

_____

Courtroom Deputy: Shawna Taylor
ECRO Reporter:  Nicole Sillings