IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

IN RE:                          )
                                )
ELITE ENDEAVORS, LLC,           )        Case No:  24-20222
                                )
              Debtor.           )        Chapter 11
                                )

**MOTION FOR APPOINTMENT OF WILL B. WOHLFORD AND MORRIS
LAING LAW FIRM AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

COMES NOW Elite Endeavors, LLC ("Debtor") and pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, 2016 and 5002, moves the Court for an Order appointing Will B. Wohlford and his law firm of Morris Laing to serve as attorneys for Debtor and Debtor-in-Possession in the above-captioned case during the course of the Chapter 11 Bankruptcy proceedings.

In support of its Motion, the Debtor states as follows:

1.      The Debtor filed a voluntary petition for relief under Chapter 11 on March 6, 2024.

2.      The Debtor is a Kansas limited liability company and operates a business which takes raw materials and manufactures a dried food supplement for cattle.

3.      The Debtor, with the Court's approval, has been employing Erlene W. Krigel and her firm of Krigel Nugent + Moore, P.C. as counsel for the Debtor and the Debtor-in-Possession. The Debtor desires to employ additional counsel: Will B. Wohlford and his firm Morris Laing, which law firm is located at 800 SW Jackson Street, Topeka, Kansas 66612.

4.      Will B. Wohlford and the other attorneys in his firm of Morris Laing Law Firm. are duly licensed and qualified attorneys, and in the opinion of the Debtor, are qualified to act as counsel for this estate.

5.      The Debtor desires to employ Will B. Wohlford and the law firm of Morris Laing Law Firm, for its legal services in connection with this Chapter 11 proceeding, including but not

limited to:

    a. Attend meetings (in-person and by phone, zoom, Webex) and negotiate with representatives of creditors and other parties in interest;

    b. Take necessary actions to protect and preserve the estate, including the prosecution of actions on its behalf, the defense of any actions commenced against the Debtor's estate, and objections to claims filed against the estate;

    c. Prepare on behalf of Debtor petitions, complaints, motions, applications, answers, orders, reports and papers necessary to the administration for the estate, including, but not limited to claims against 1502 East Walnut NB, LLC, 1502 East Walnut CB, LLC and Nathan Broders, and potentially others, for restitution and unjust enrichment, tortious interference with relationship or expectancy and for declaratory judgment;

    d. Negotiation and prosecute on the Debtor's behalf contracts for the sale of assets, plan of reorganization, and related agreements and/or documents, take any action that is necessary for the Debtor to obtain confirmation of its Plan of Reorganization (counsel will not provide duplicate services of those performed by Erlene Krigel and her firm Krigel Nugent + Moore, PC);

    e. Appear before this Court; and protect the interests of the Debtor's estate before the Court and the U.S. Trustee;

    f. Perform other necessary legal services and provide other necessary legal advice to the Debtor in connection with this Chapter 11 proceeding.

6. Will B. Wohlford and his firm Morris Laing Law Firm will be retained on an hourly basis. The Debtor has no funds from which a retainer can be paid. Thus, Debtor's managing member paid a retainer of $25,000. The payment of $25,000 has been treated as an additional investment in capital rather than a loan. Once that retainer is exhausted, the managing member has agreed to provide the funds necessary to pay Mr. Wohlford and his firm's hourly fees and expenses.

7. Pursuant to 11 U.S.C. § 327(a), Will B. Wohlford and his firm Morris Laing Law Firm do not represent or hold any interest adverse to the estate and are disinterested for the purpose of representing the Debtor in these Chapter 11 proceedings. Will B. Wohlford and his firm Morris Laing Law Firm have not previously represented the Debtor, nor have they represented any of the

creditors of the Debtor. The firm has not represented the Debtor's Member Flying 4T Enterprises, LLC or the managing member of the Debtor (Dusty Turner or his wife Amy Turner) or any of their respective relatives. Further, neither Will B. Wohlford nor his law firm Morris Laing Law Firm. has represented the attorney, the accountant or any other professional employed by or on behalf of the Debtor.

8. Employment of Will B. Wohlford and his firm Morris Laing Law Firm. as attorneys for the Debtor would be in the best interest of the bankruptcy estate. Mr. Wohlford graduated from KU Law School in 2004 and has been at Morris Laing for over 21 years. He concentrates his practice on civil litigation in both state and federal courts in Kansas and has also practiced in Missouri, Idaho, Oklahoma and Texas. He is the chair of the firm's litigation department.

9. The firm of Will B. Wohlford is comprised of 30+ attorneys and multiple paralegals. The firm proposes to represent the Debtor by billing at its customary hourly rates and by billing for any out-of-pocket expenses. The hourly rates for 2026 charged by the attorneys and paralegals range from \$385/hour for Will B. Wohlford and a range of \$275-\$385/hour for other attorneys in his law firm. The legal assistants and paralegals are billed at \$100/hour.

10. The affidavit of Will B. Wohlford is attached to this Motion.

11. Compensation for services rendered in this proceeding by the firm shall be subjected to approval by the Court. Contemporaneously with the filing of this Motion, the firm has filed a Motion to allow it to receive payment on a monthly basis for 80% of its fees and 100% of its expenses upon the filing of a notice with the Court.

WHEREFORE the Debtor prays an Order from the Court authorizing it to employ Will B. Wohlford and his law firm Morris Laing Law Firm. to represent the Debtor during the course of

this Chapter 11 proceeding.

Respectfully Submitted,

KRIGEL NUGENT + MOORE, P.C.

/s/*Erlene W. Krigel*
Erlene W. Krigel, KSD 70425
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
ATTORNEYS FOR DEBTOR

**<u>AFFIDAVIT</u>**

I, Will B. Wohlford, state and affirm as follows:

1.      The Debtor and Debtor-in-Possession has requested that my law firm Morris Laing Law Firm and I be retained to represent it in connection with this Chapter 11 proceeding.

2.      The law firm is located at 800 SW Jackson Street, Topeka, Kansas 66612.

3.      The undersigned and the other members of my firm are qualified to perform these services. Our law firm has represented debtors in Chapter 11 proceedings in the past.

4.      Pursuant to 11 U.S.C. § 327(a), neither I nor my law firm have previously represented either the Debtor or the member of the Debtor or any of his relatives.

5.       Neither me nor my law firm have represented any other professional employed by or on behalf of the Debtor.  Neither I, nor any other member of my firm hold or represent any interest adverse to that of the Debtor's estate, namely, the Debtor's member, the managing members (Dusty Turner and Amy Turner or any of their relatives), creditors, or professionals (attorneys or accountants of the Debtor).  Neither I, nor any other member of my firm have any relationship or connection with the Office of the U.S. Trustee.  I understand that there is a continuing duty to disclose any such adverse interest.

6.      The law firm of Morris Laing has agreed to accept employment at the hourly rates set forth in the Motion.

The undersigned upon his oath states and affirms that the foregoing is true and correct to the best of his information and belief.


Dated: January 7, 2026                                  /s/ *Will B. Wohlford*
                                                                     Will B. Wohlford

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of January, 2026, a true and correct copy of the above and foregoing was emailed or mailed to all parties in interest and creditors listed on the Court's ECF noticing system and to the U.S. Trustee's office.

*/s/ Erlene W. Krigel*
Erlene W. Krigel