IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

In Re: )
      )
ELITE ENDEAVORS, LLC )    Case No.  24-20222
      )    Chapter 11
      Debtor.    )

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON MOTION TO EMPLOY WILL B. WOHLFORD AND MORRIS LAING LAW FIRM AS COUNSEL FOR DEBTOR PURSUANT TO 11 USC §327(a)

NOTICE IS HEREBY GIVEN that if you fail to file a response to the above-named Motion to Employ with the Clerk of the U.S. Bankruptcy Court for the District of Kansas in Kansas City, Kansas, on or before **January 22, 2026 by 10:00 a.m.,** the Court will enter an Order granting the Debtor's Motion, such Order to be prepared and submitted by the Debtor within ten (10) days after the objection deadline and no hearing will be held.

If you file a timely response, a <u>non-evidentiary hearing</u> on the Motion will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, **on January 22, 2026 at 1:30 p.m.** or as soon thereafter as the Court's schedule permits. If you file the response, you must appear at the hearing unless you have submitted an agreed Order in advance signed by all parties or their counsel.

Dated this 7th day of January, 2026

KRIGEL NUGENT + MOORE, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel, KS 70425
4520 Main Street, Suite 700
Kansas City, MO 64111
816) 756-5800
FAX (816) 756-1999
ekrigel@knmlaw.com
ATTORNEYS FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice with Opportunity for Non-evidentiary Hearing on Motion to Employ and a copy of the Motion were either emailed or mailed on this 7th day of January, 2026, to all creditors on the Court's ECF noticing system, and to the U.S.Trustee.

/s/ Erlene W. Krigel
Erlene W. Krigel