01:30 PM

_____

Case Information:

    24-20222 Elite Endeavors, LLC   Chapter: 11

Judge: RDB    Filed: 03/06/2024      Pln Confirmed:

_____

Appearances:
    √ Erlene Krigel representing Elite Endeavors, LLC (Debtor)
    √ Dusty Turner (Debtor) – telephone
    √ Will Wohlford – telephone
    √ Brian Koenig and Miranda Swift representing First Rate Trading, LLC (Creditor)
    Nicholas Zluticky representing First Rate Trading, LLC (Creditor)
    √ Fred Stehlik representing Biz Capital and Landrey Bank of the Lake (Creditor)
    √ John Nemecek representing U.S. Trustee

_____

Issue(s):

    [243] Application to Employ Will B. Wohlford and Morris Laing Law Firm as Special Counsel for Debtor Filed on behalf of Debtor Elite Endeavors, LLC (Attachments: # 1 Exhibit Affidavit of Wohlford), with Certificate of Service.

    [251] Objection to (related document(s): 243 Application to Employ Will B. Wohlford and Morris Laing Law Firm as Special Counsel for Debtor filed by Debtor Elite Endeavors, LLC) Filed by Creditor First Rate Trading, LLC

    [266] Application to Employ Will B. Wohlford and his law firm of Morris Laing as Attorneys for Debtor and Debtor-In-Possession Filed on behalf of Debtor Elite Endeavors, LLC, with Certificate of Service.

    [270] Objection to (related document(s): 266 Application to Employ Will B. Wohlford and his law firm of Morris Laing as Attorneys for Debtor and Debtor-In-Possession filed by Debtor Elite Endeavors, LLC) Filed by Creditor First Rate Trading, LLC

_____

Notes/Decision:

#266 – application is denied.

#271 – granted sua sponte – case dismissed – order by UST

Courtroom Deputy: Nicole Sillings
ECRO Reporter:  Toni Brady